# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF TEXAS
**Tyler Division**



Michael Austin French, *pro se,* and
Dawn Michelle French, *pro se*

            Plaintiffs

              v

Department of the Treasury
Internal Revenue Service

            Defendant

}
}
}
}
}
}
}
}
}
}

Civil Action Case No.

6:25cv189

**Jury Trial Demanded**

## Complaint for Refund of Amounts Withheld

1.    Comes now Michael Austin French, Plaintiff *pro se* and Dawn
Michelle French, Plaintiff *pro se*, having filed the instant law suit against
the Defendant:  the United States of America represented by the
Department of the Treasury and the Internal Revenue Service, its agency,
on Plaintiffs' claims for refund of amounts overpaid as taxes, as properly
claimed by way of the Form 1040 Tax Returns that Plaintiffs filed
concerning tax years 2019, 2022 and 2023. Because Defendant has failed
or refused to properly process Plaintiffs' Form 1040 Tax Returns for tax
years 2019, 2022 and 2023, Plaintiffs have filed the instant action against
Defendant.

# Complaint for Refund of Amounts Withheld

## Table of Contents

I.  Jurisdiction and Venue                                        3

II.  The Parties                                                  4

III.  Statements of Fact                                         5

    A.  Count One                                                5

    B.  Count Two                                               11

    C.  Count Three                                             15

IV.  Claims for Relief                                           20

    A.  Count One                                               20

    B.  Count Two                                               21

    C.  Count Three                                             22

V.  Prayer for Relief                                            23

VI.  Jury Trial Demanded                                         23

VII.  Certification and Closing                                  23

Exhibits

## I. Jurisdiction and Venue

2.      This Court has the original jurisdiction to hear this case pursuant to

28 U.S.C. §1346. This is a Civil Action against the United States of

America for the recovery of refundable amounts withheld from Plaintiffs.


3.      Venue is properly within this Court pursuant to 28 U.S.C. §1391 and

this venue is appropriate, fair and convenient to the Defendant.


4.      The underlying statues and regulations that relate to the claim for the

refunds and mandate the payment of refundable amounts withheld

relevant to this case are 26 U.S.C. §6401(b)(1) and (c), 26 U.S.C. §6402(a),

and 26 U.S.C. §3503; this suit is brought under the authority of 26 U.S.C.

§7422.


5.      Plaintiffs have pursued and exhausted all Administrative Remedies

known to them prior to filing this action in Court.

## II. The Parties

6.     Plaintiff Michael Austin French is a married man, currently residing in the state of Texas, in the county of Van Zandt; with mailing address of 314 West Lennon Drive, Box 139, Emory, Texas 75440; with telephone number of 254-238-1330; and with email address of mafrench1214@yahoo.com.

7.     Plaintiff Dawn Michelle French is a married woman, currently residing in the state of Texas, in the county of Van Zandt; with mailing address of 314 West Lennon Drive, Box 139, Emory, Texas 75440; with telephone number of 817-680–5392; and with email address of dmcdec75@yahoo.com.

8.     In referring to Defendant, Plaintiffs include the United States Department of the Treasury, which upon information and belief, is a department, bureau and/or branch of the United States of America and at all times relevant acting as an agent thereof; and the Internal Revenue Service ("IRS"), which upon information and belief, is a bureau and an agent of the Department of the Treasury and a collection agency in the business of collecting federal income and other taxes for Defendant United States of America and at all times acting as an agent thereof.

## III. Statements of Fact

### A. Count One - failure or refusal to properly process Plaintiffs' Form 1040 Tax Return for tax year 2019

9.      Plaintiffs filed a Tax Return via Form 1040 for tax year 2019 ("2019 Return") on or about October 20, 2021, with the IRS at its Austin, Texas campus, via Certified Mail 7020 1290 0000 4974 8995; a true and correct, unsigned, copy of Plaintiffs' 2019 Return, with social security numbers, financial account numbers, and names of dependents redacted, is attached hereto as **Exhibit A** and includes a true and correct copy of the Certified Mail Receipt.

10.     The 2019 Return shows that Plaintiffs had, in fact, zero tax liability and an overpayment of taxes for the tax year 2019.

11.     Plaintiffs received from Defendant Letter 3176C for tax year 2019 dated March 7, 2023, sent via mail, stating that based on 26 U.S.C. §6702 Plaintiffs' 2019 Return is "frivolous" and there is no basis in law for our "position," but failed to state precisely to what position he was referring or what he found to be frivolous in Plaintiffs' 2019 Return; a true and correct copy of Defendant's Letter 3176C for tax year 2019 with social security

numbers redacted is attached hereto as **Exhibit B**.

12.     Plaintiffs on or about March 27, 2023, sent Defendant a response to Letter 3176C for tax year 2019, via Certified Mail 7022 0410 0001 6622 3132, requesting Defendant disclose with specificity what precisely he found to be frivolous in Plaintiffs' 2019 Return that resulted in the frivolous determination, and enclosed an Affidavit directed at each element of fact involved in the penalty under 26 U.S.C. §6702(a) and the statutory restrictions upon whom penalties can be assigned under 26 U.S.C. §6671(b); a true and correct copy of Plaintiffs' response to Defendant's Letter 3176C for tax year 2019 with social security numbers redacted is attached hereto as **Exhibit C** and includes a true and correct copy of the Certified Mail Receipt.

13.     Plaintiffs received from Defendant Letter 105C for tax year 2019 dated June 27, 2023, sent via Certified Mail, stating our claim for refund was disallowed because it was based on a "frivolous position" not supported by law, but failed to state what position he found to be frivolous in Plaintiffs' 2019 Return and failed to acknowledge our Affidavit; a true and correct copy of Defendant's Letter 105C for tax year 2019 with social

security numbers redacted is attached hereto as **Exhibit D**.

14.    Plaintiffs on or about July 27, 2023, sent Defendant a response to
Letter 105C for tax year 2019, via Certified Mail 7022 0410 0001 6622
3118, requesting Defendant disclose with specificity what he found to be
frivolous in Plaintiffs' 2019 Return that resulted in our claim being
disallowed, and requesting an Appeals Conference; a true and correct
copy of Plaintiffs' response to Defendant's Letter 105C for tax year 2019
with social security numbers redacted is attached hereto as **Exhibit E** and
includes a true and correct copy of the Certified Mail Receipt.

15.    Plaintiffs on or about April 30, 2024, sent Defendant a second
response to Letter 105C for tax year 2019, via Certified Mail 7020 1290
0000 4975 3043, again requesting Defendant disclose with specificity what
precisely he found to be frivolous in Plaintiffs' 2019 Return that resulted in
our claim being disallowed, and requesting an Appeals Conference; a true
and correct copy of Plaintiffs' second response to Defendant's Letter 105C
for tax year 2019 with social security numbers redacted is attached hereto
as **Exhibit F** and includes a true and correct copy of the Certified Mail

Receipt.

16.    Plaintiffs received from Defendant Letter 96C for tax year 2019 dated June 21, 2024, sent via mail, stating Plaintiffs' 2019 Return is no longer under review and no penalties were assessed; a true and correct copy of Defendant's Letter 96C for tax year 2019 with social security numbers redacted is attached hereto as **Exhibit G**,

17.    Plaintiffs received from Defendant's IRS Office of Appeals Letter 5209 dated November 26, 2024, sent via mail, stating the IRS Office of Appeals had released jurisdiction and returned our case to the originating office because the IRS failed to complete and/or perfect the file prior to sending to Appeals; a true and correct copy of Defendant's IRS Office of Appeals Letter 5209 is attached hereto as **Exhibit H**.

18.    Plaintiffs have never received from Defendant any response regarding what specific information, on which the substantial correctness of the self-assessment may be judged, is missing from Plaintiffs' 2019 Return.

19.     Plaintiffs have never received from Defendant any response regarding what specific information on Plaintiffs' 2019 Return that on its face indicates that the self-assessment is substantially incorrect.

20.     Plaintiffs have never received from Defendant any response regarding what specific position, which the Secretary has identified as frivolous under 26 U.S.C. §6702(c), appears on the face of Plaintiffs' 2019 Return.

21.     Plaintiffs have never received from Defendant any response regarding what specific entries on Plaintiffs' 2019 Return reflect a desire to delay or impede the administration of Federal tax laws.

22.     Plaintiffs have never received from Defendant any response regarding how either Plaintiff meets the definition of "person" under 26 U.S.C. §6671(b) by showing how we are under a duty to perform the act in respect of which the violation is alleged to have occurred.

23.     Plaintiffs have never received from Defendant a Notice of Deficiency for the tax year 2019.

24.    Per Defendant's response to a request under the Freedom of Information Act ("FOIA"), 26 U.S.C. §6020(b) returns were not filed for tax year 2019; true and correct copies of Defendant's FOIA responses is attached hereto as **Exhibit I**.

25.    Plaintiffs have never received from Defendant any evidence whatsoever that Plaintiffs' 2019 Return has been correctly processed.

26.    Plaintiffs have never received from Defendant the full amount of the refund or notice of credit for the overpayment of taxes for the tax year 2019 shown on Plaintiffs' 2019 Return.

27.    Defendant's Letter 105C for tax year 2019 states that if Plaintiffs did not agree with Defendant's decision, we can file suit to recover tax, penalties, or other amounts, and the law gives us two years from the date of Letter 105C to file suit; which two-year period expires on June 27, 2025 and this suit has been filed before that expiration date.

B.  Count Two - failure or refusal to properly process Plaintiffs' Form 1040 Tax Return for tax year 2022

28.    Plaintiffs timely filed a Tax Return via Form 1040 for tax year 2022 ("2022 Return") on or about March 27, 2023, with the IRS at its Austin, Texas campus, via Certified Mail 7022 0410 0001 6622 3194; a true and correct copy of Plaintiffs' 2022 Return, with social security numbers and names of dependents redacted, is attached hereto as **Exhibit J** and includes a true and correct copy of the Certified Mail Receipt.

29.    The 2022 Return shows that Plaintiffs had, in fact, zero statutorily-defined wages, zero tax liability, and an overpayment of taxes for the tax year 2022.

30.    Plaintiffs received from Defendant Notice CP12 for tax year 2022 dated June 26, 2023, sent via mail, stating that Defendant found an "error" on our 2022 Form 1040 and changed the amount claimed as federal income tax withheld, but failed to state precisely what error he found in Plaintiffs' 2022 Return; a true and correct copy of Defendant's Notice CP12 for tax year 2022 with social security numbers redacted is attached

hereto as **Exhibit K**.

31.    Defendant's Notice CP12 for tax year 2022 provides a table under the heading, "Your tax calculations" that confirms Defendant agrees that the amount on Plaintiffs' 2022 Return of Adjusted gross income, as shown on Form 1040 line 11, of $23,353 is equal to the amount of Pensions and annuities, as shown on Form 1040 line 5b, and Defendant therefore agrees that the total amount of Plaintiffs' statutorily-defined wages, as shown on Form 1040 line 1z, is zero; Defendant also agrees that Plaintiffs' Taxable income, as shown on Form 1040 line 15, is zero.

32.    Defendant's Notice CP12 for tax year 2022 provides a table under the heading, "Your payments and credits" that confirms Defendant has updated the amount on Plaintiffs' 2022 Return of Income tax withheld, as shown on Form 1040 line 25d, from $8,850 to $2,074, which is incorrect based on the agreed amounts shown in the "Your tax calculations" table, which implies an amount of zero statutorily-defined wages upon which a tax can have arisen for tax year 2022.

33.    Plaintiffs on or about July 27, 2023, sent Defendant a response to

Notice CP12 for tax year 2022, via Certified Mail 7022 0410 0001 6622

3101, stating we did not agree with the proposed changes and requesting

Defendant provide facts and evidence in support of the alleged "error" in

Plaintiffs' 2022 Return; a true and correct copy of Plaintiffs' response to

Defendant's Notice CP12 for tax year 2022 with social security numbers

redacted is attached hereto as **Exhibit L** and includes a true and correct

copy of the Certified Mail Receipt.

34.    Plaintiffs on or about March 14, 2025, sent Defendant a second

response to Notice CP12 for tax year 2022, via Certified Mail 9589 0710

5270 1014 3708 41, again stating we did not agree with and therefore

refuse the proposed changes to Plaintiffs' 2022 Return and because

Defendant agrees that we received zero statutorily-defined wages upon

which a tax can have arisen for tax year 2022, then per the provisions of

26 U.S.C. §3503 all of the amounts withheld under Chapter 21 and

Chapter 24 of Title 26 are to be refunded; a true and correct copy of

Plaintiffs' second response to Defendant's Notice CP12 for tax year 2022

with social security numbers redacted is attached hereto as **Exhibit M** and

includes a true and correct copy of the Certified Mail Receipt.

35.    Plaintiffs have never received from Defendant any response regarding what specific error he found in Plaintiffs' 2022 Return.

36.    Plaintiffs have never received from Defendant any response rebutting our statement that we received zero statutorily-defined wages upon which a tax can have arisen for tax year 2022.

37.    Plaintiffs have never received from Defendant a Notice of Deficiency for the tax year 2022.

38.    Per Defendant's response to a request under the Freedom of Information Act, 26 U.S.C. §6020(b) returns were not filed for tax year 2022; true and correct copies of Defendant's FOIA responses is attached hereto as **Exhibit I**.

39.    Plaintiffs have never received from Defendant any evidence whatsoever that Plaintiffs' 2022 Return has been correctly processed.

40.    Plaintiffs have never received from Defendant the full amount of the refund or notice of credit for the overpayment of taxes for the tax year 2022 shown on Plaintiffs' 2022 Return.

C.  Count Three - failure or refusal to properly process Plaintiffs' Form 1040 Tax Return for tax year 2023

41.    Plaintiffs timely filed a Tax Return via Form 1040 for tax year 2023 on or about March 18, 2024, with the IRS at its Austin, Texas campus via Certified Mail 7020 1290 0000 4975 3029; and upon noticing errors in the attachments, Plaintiffs filed a Tax Return via Form 1040 for tax year 2023 with corrected attachments ("2023 Return") on or about March 14, 2025, with the IRS at its Austin, Texas campus via Certified Mail 9589 0710 5270 1014 3708 27; a true and correct copy of Plaintiffs' 2023 Return, with corrected attachments and with social security numbers and names of dependents redacted, is attached hereto as **Exhibit N** and includes true and correct copies of the Certified Mail Receipts.

42.    The 2023 Return shows that Plaintiffs had, in fact, zero statutorily-defined wages, zero tax liability, and an overpayment of taxes for the tax

year 2023.

43.    Plaintiffs received from Defendant Notice CP16 for tax year 2023 dated July 1, 2024, sent via mail, stating that Defendant found an "error" on our 2023 Form 1040 and changed the amount claimed as federal income tax withheld, but failed to state precisely what error he found in Plaintiffs' 2023 Return; a true and correct copy of Defendant's Notice CP16 for tax year 2023 with social security numbers redacted is attached hereto as **Exhibit O**.

44.    Defendant's Notice CP16 for tax year 2023 provides a table under the heading, "Your tax calculations" that confirms Defendant agrees that the amount on Plaintiffs' 2023 Return of Adjusted gross income, as shown on Form 1040 line 11, of $25,268 is equal to the amount of Pensions and annuities, as shown on Form 1040 line 5b, and Defendant therefore agrees that the total amount of Plaintiffs' statutorily-defined wages, as shown on Form 1040 line 1z, is zero; Defendant also agrees that Plaintiffs' Taxable income, as shown on Form 1040 line 15, is zero.

45.    Defendant's Notice CP16 for tax year 2023 provides a table under the heading, "Your payments and credits" that confirms Defendant has updated the amount on Plaintiffs' 2023 Return of Income tax withheld, as shown on Form 1040 line 25d, from $9,034 to $2,317, which is incorrect based on the agreed amounts shown in the "Your tax calculations" table, which implies an amount of zero statutorily-defined wages upon which a tax can have arisen for tax year 2023.

46.    Plaintiffs on or about July 17, 2024, sent Defendant a response to Notice CP16 for tax year 2023, via Certified Mail 7020 1290 0000 4975 9977, stating we did not agree with the proposed changes to Plaintiffs' 2023 Return; a true and correct copy of Plaintiffs' response to Defendant's Notice CP16 for tax year 2023 with social security numbers redacted is attached hereto as **Exhibit P** and includes a true and correct copy of the Certified Mail Receipt.

47.    Plaintiffs on or about March 14, 2025, sent Defendant a second response to Notice CP16 for tax year 2023, via Certified Mail 9589 0710 5270 1014 3708 27, again stating we did not agree with and therefore refuse the proposed changes to Plaintiffs' 2023 Return and because

Defendant agrees that we received zero statutorily-defined wages upon which a tax can have arisen for tax year 2023, then per the provisions of 26 U.S.C. §3503 all of the amounts withheld under Chapter 21 and Chapter 24 of Title 26 are to be refunded; a true and correct copy of Plaintiffs' second response to Defendant's Notice CP16 for tax year 2023 with social security numbers redacted is attached hereto as **Exhibit Q** and includes a true and correct copy of the Certified Mail Receipt.

48.    Plaintiffs have never received from Defendant any information regarding what specific error he found in Plaintiffs' 2023 Return.

49.    Plaintiffs have never received from Defendant any response rebutting our statement that we received zero statutorily-defined wages upon which a tax can have arisen for tax year 2023.

50.    Plaintiffs have never received from Defendant a Notice of Deficiency for the tax year 2023.

51.    Plaintiffs have never received from Defendant any evidence whatsoever that Plaintiffs' 2023 Return has been correctly processed.

52.    Plaintiffs have never received from Defendant the full amount of the refund or notice of credit for the overpayment of taxes for the tax year 2023 shown on Plaintiffs' 2023 Return.

## IV. Claims for Relief

### A.  Count One - failure or refusal to properly process Plaintiffs' Form 1040 Tax Return for tax year 2019

53.    Plaintiffs incorporate and re-allege the foregoing Count One paragraphs as if fully set forth herein.

54.    Defendant has failed to disclose with specificity per 26 U.S.C. §6402(i) what he found to be "frivolous" in Plaintiffs' 2019 Return that resulted in our claim for refund being disallowed, thereby failing to state a claim upon which relief can be granted.

55.    Defendant has failed to correctly process Plaintiffs' 2019 Return.

56.    Defendant has failed to refund all of the overpayment of taxes for the tax year 2019 as shown in Plaintiffs' 2019 Return.

57.    To date, for tax year 2019, Defendant owes Plaintiffs the amount of $25,898 plus interest as allowed by law.

## B.  Count Two - failure or refusal to properly process Plaintiffs' Form 1040 Tax Return for tax year 2022

58.    Plaintiffs incorporate and re-allege the foregoing Count Two paragraphs as if fully set forth herein.

59.    Defendant has failed to disclose with specificity what "error" he found in Plaintiffs 2022 Return that resulted in the proposed change to the amount claimed as federal income tax withheld.

60.    Defendant has agreed in writing and has failed to rebut in writing that Plaintiffs received zero statutorily-defined wages upon which a tax can have arisen for tax year 2022.

61.    Defendant has failed to correctly process Plaintiffs' 2022 Return.

62.    Defendant has failed to refund all of the overpayment of taxes for the tax year 2022 as shown in Plaintiffs' 2022 Return.

63.    To date, for tax year 2022, Defendant owes Plaintiffs the amount of $6,776 plus interest as allowed by law.

### C.  Count Three - failure or refusal to properly process Plaintiffs' Form 1040 Tax Return for tax year 2023

64.    Plaintiffs incorporate and re-allege the foregoing Count Three paragraphs as if fully set forth herein.

65.    Defendant has failed to disclose with specificity what "error" he found in Plaintiffs 2023 Return that resulted in the proposed change to the amount claimed as federal income tax withheld.

66.    Defendant has agreed in writing and has failed to rebut in writing that Plaintiffs received zero statutorily-defined wages upon which a tax can have arisen for tax year 2023.

67.    Defendant has failed to correctly process Plaintiffs' 2023 Return.

68.    Defendant has failed to refund all of the overpayment of taxes for the tax year 2023 as shown in Plaintiffs' 2023 Return.

69.    To date, for tax year 2023, Defendant owes Plaintiffs the amount of $6,717 plus interest as allowed by law.

## V. Prayer for Relief

Wherefore, Plaintiffs pray for judgment against the Defendant and that this Court find for the Plaintiffs in the amount of their claim of $39,391 plus interest as allowed by law and for such other and further relief as may be permitted by law and as this Court may deem just and proper.

## VI. Jury Trial Demanded

Unless prohibited by law, Plaintiffs demand a trial by jury.

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, we certify to the best of our knowledge, information, and belief that this complaint:  (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

We agree to provide the Clerk's Office with any changes to our address where case-related papers may be served. We understand that our failure to keep a current address on file with the Clerk's Office may result in the dismissal of our case.

Respectfully submitted,

by: _____        Date: _May 22, 2025_

Michael Austin French, Plaintiff *pro se*
314 West Lennon Drive, Box 139
Emory, TX 75440

by: _____        Date: _May 22, 2025_

Dawn Michelle French, Plaintiff *pro se*
314 West Lennon Drive, Box 139
Emory, TX 75440

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2019** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[ ] Single  [✓] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MICHAEL A | FRENCH | ▓▓▓ 3 7 8 9 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| DAWN M | FRENCH | ▓▓▓ 6 7 1 4 |

Home address (number and street). If you have a P.O. box, see instructions. 314 WEST LENNON DRIVE    Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). EMORY TX 75440

Foreign country name    Foreign province/state/county    Foreign postal code

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**

Someone can claim:  [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1955  [ ] Are blind  Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| ▓▓▓ | | SON | [ ] | [✓] |
| ▓▓▓ | | DAUGHTER | [✓] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under *Standard Deduction,* see instructions.

| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 0 |
|---|---|---|---|---|
| 2a | Tax-exempt interest . . . | 2a | | |
| | b Taxable interest. Attach Sch. B if required | | 2b | 0 |
| 3a | Qualified dividends . . . | 3a | | |
| | b Ordinary dividends. Attach Sch. B if required | | 3b | 0 |
| 4a | IRA distributions . . . | 4a | | |
| | b Taxable amount . . . . | | 4b | 0 |
| c | Pensions and annuities . . . | 4c | d Taxable amount . . . . | 4d | 21316 |
| 5a | Social security benefits . . . | 5a | b Taxable amount . . . . | 5b | 0 |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | 6 | 0 |
| 7a | Other income from Schedule 1, line 9 | | 7a | 0 |
| b | Add lines 1, 2b, 3b, 4b, 5b, 6, and 7a. This is your **total income** ▶ | | 7b | 21316 |
| 8a | Adjustments to income from Schedule 1, line 22 | | 8a | 0 |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | 8b | 21316 |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 24400 | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | |
| 11a | Add lines 9 and 10 | | 11a | 24400 |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | 11b | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2019)

Form 1040 (2019)                                                                                                                    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **12a** | **Tax** (see inst.) Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ ⬚ | | **12a** | | 0 |
| **b** | Add Schedule 3, line 3, and line 12a and enter the total | ▶ | **12b** | | 0 |
| **13a** | Child tax credit or credit for other dependents | | **13a** | 2500 | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total | ▶ | **13b** | | 2500 |
| **14** | Subtract line 13b from line 12b. If zero or less, enter -0- | | **14** | | 0 |
| **15** | Other taxes, including self-employment tax, from Schedule 2, line 10 | | **15** | | 0 |
| **16** | Add lines 14 and 15. This is your **total tax** | ▶ | **16** | | 0 |
| **17** | Federal income tax withheld from Forms W-2 and 1099 | | **17** | | 28571 |

**18** Other payments and refundable credits:

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

| | | | | |
|---|---|---|---|---|
| **a** | Earned income credit (EIC) | **18a** | 0 | |
| **b** | Additional child tax credit. Attach Schedule 8812 | **18b** | 0 | |
| **c** | American opportunity credit from Form 8863, line 8 | **18c** | 0 | |
| **d** | Schedule 3, line 14 | **18d** | 0 | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** | ▶ | **18e** | 0 |
| **19** | Add lines 17 and 18e. These are your **total payments** | ▶ | **19** | 28571 |

**Refund**

Direct deposit?
See instructions.

| | | | | |
|---|---|---|---|---|
| **20** | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | **20** | 28571 |
| **21a** | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | **21a** | 28571 |
| ▶ **b** | Routing number ████████████ ▶ **c** Type: ☑ Checking ☐ Savings | | | |
| ▶ **d** | Account number | | | |
| **22** | Amount of line 20 you want applied to your 2020 estimated tax ▶ | **22** | 0 | |

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| **23** | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions | ▶ | **23** | 0 |
| **24** | Estimated tax penalty (see instructions) ▶ | **24** | | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.    ☐ **Yes.** Complete below.    ☑ **No**

Designee's name ▶                    Phone no. ▶                    Personal identification number (PIN) ▶ ⬚⬚⬚⬚⬚

**Sign Here**

Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation RETIRED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ⬚⬚⬚⬚⬚⬚ |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation ACTUARY | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ⬚⬚⬚⬚⬚⬚ |

Phone no.                    Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ 3rd Party Designee ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | Phone no. | | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                    Form **1040** (2019)

Complaint for Refund of Amounts Withheld                                                                    Page 2 of 7

**Control Number**

☐ **CORRECTED (if checked)**

12/16/2019

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no. | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| Defense Finance and Accounting Service | $21315.96 | **2019** | |
| U.S. Military Retired Pay | 2a Taxable amount | | |
| 8899 E 56th Street | $21315.96 | Form 1099-R | |
| Indianapolis IN 46249-1200 | | | |

| PAYER'S Federal Identification Number | RECIPIENT'S Identification Number | 2b ☐ Taxable amount not determined   ☐ Total Distribution |
|---|---|---|
| 34-0727612 | *****3789 | |

| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | 4 Federal income tax withheld | 7 Distribution code | Copy 2 File this copy with your state, city, or Local income tax return when required |
|---|---|---|---|
| | $1907.50 | 7 | |
| MICHAEL A FRENCH | 9 Your percentage of total distribution        % | | |
| 314 W LENNON DR | | | |
| #139 | | | |
| EMORY TX      75440-3036 | 14 State tax withheld | 15 State/Payer's state no. | |
| | $0.00 | | |
| | $0.00 | | |

| | 12 FATCA Filing Requirement ☐ | Retired 01012019-12312019 | |
|---|---|---|---|

**Form 1099-R**                                  **(8-99)**                   Department of the Treasury - Internal Revenue Service

---

**Control Number**

☐ **CORRECTED (if checked)**

12/16/2019

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no. | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| Defense Finance and Accounting Service | $21315.96 | **2019** | |
| U.S. Military Retired Pay | 2a Taxable amount | | |
| 8899 E 56th Street | $21315.96 | Form 1099-R | |
| Indianapolis IN 46249-1200 | | | |

| PAYER'S Federal Identification Number | RECIPIENT'S Identification Number | 2b ☐ Taxable amount not determined   ☐ Total Distribution |
|---|---|---|
| 34-0727612 | *****3789 | |

| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | 4 Federal income tax withheld | 7 Distribution code | Copy B Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
|---|---|---|---|
| | $1907.50 | 7 | |
| MICHAEL A FRENCH | 9 Your percentage of total distribution        % | | |
| 314 W LENNON DR | | | |
| #139 | | | |
| EMORY TX      75440-3036 | 14 State tax withheld | 15 State/Payer's state no. | |
| | $0.00 | | |
| | $0.00 | | |

| | 12 FATCA Filing Requirement ☐ | Retired 01012019-12312019 | This information is being furnished to the Internal Revenue Service |
|---|---|---|---|

**Form 1099-R**                                  **(8-99)**                   Department of the Treasury - Internal Revenue Service

---

**Control Number**

☐ **CORRECTED (if checked)**

12/16/2019

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no. | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| Defense Finance and Accounting Service | $21315.96 | **2019** | |
| U.S. Military Retired Pay | 2a Taxable amount | | |
| 8899 E 56th Street | $21315.96 | Form 1099-R | |
| Indianapolis IN 46249-1200 | | | |

| PAYER'S Federal Identification Number | RECIPIENT'S Identification Number | 2b ☐ Taxable amount not determined   ☐ Total Distribution |
|---|---|---|
| 34-0727612 | *****3789 | |

| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | 4 Federal income tax withheld | 7 Distribution code | Copy C For Recipient's Records This information is being furnished to the Internal Revenue Service |
|---|---|---|---|
| | $1907.50 | 7 | |
| MICHAEL A FRENCH | 9 Your percentage of total distribution        % | | |
| 314 W LENNON DR | | | |
| #139 | | | |
| EMORY TX      75440-3036 | 14 State tax withheld | 15 State/Payer's state no. | |
| | $0.00 | | |
| | $0.00 | | |

| | 12 FATCA Filing Requirement ☐ | Retired 01012019-12312019 | Keep this copy for your records |
|---|---|---|---|

**Form 1099-R**                                  **(8-99)**                   Department of the Treasury - Internal Revenue Service

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or** | |
|---|---|---|

**Form 4852**
(Rev. September 2020)

**Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1040, 1040-SR, or 1040-X.
▶ Go to *www.irs.gov/Form4852* for the latest information.

OMB No. 1545-0074

Attachment
Sequence No. 04

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

**1** Name(s) shown on return
DAWN M FRENCH

**2 Your social security number**
██████-6714

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, _2019_ ,
I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 OR  ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

**5** Employer's or payer's name, address, and ZIP code
FIDELITY WORKPLACE INVESTING LLC
245 SUMMER STREET BOSTON MA 02210

**6** Employer's or payer's TIN (if known)
04-3523437

**7** Form W-2. Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld | 0 |
| **b** | Social security wages | 0 | | (Name of state) | |
| **c** | Medicare wages and tips | 0 | **g** | Local income tax withheld | 0 |
| **d** | Social security tips | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld | 15240.80 | **h** | Social security tax withheld | 8239.80 |
| | | | **i** | Medicare tax withheld | 2004.94 |

**8** Form 1099-R. Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | |
|---|---|---|---|---|
| **a** | Gross distribution | **f** | Federal income tax withheld | |
| **b** | Taxable amount | **g** | State income tax withheld | |
| **c** | Taxable amount not determined ☐ | | (Name of state) | |
| **d** | Total distribution ☐ | **h** | Local income tax withheld | |
| **e** | Capital gain (included on line 8b) | | (Name of locality) | |
| | | **i** | Employee contributions | |
| | | **j** | Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

For Paperwork Reduction Act Notice, see page 2.  Cat. No. 42058U  Form **4852** (Rev. 9-2020)

**Exhibit A**

| Form **4852**<br>(Rev. September 2020)<br><br>Department of the Treasury<br>Internal Revenue Service | **Substitute for Form W-2, Wage and Tax Statement, or**<br>~~**Form 1099-R, Distributions From Pensions, Annuities, Retirement**~~<br>**or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**<br>▶ Attach to Form 1040, 1040-SR, or 1040-X.<br>▶ Go to *www.irs.gov/Form4852* for the latest information. | OMB No. 1545-0074<br><br>Attachment<br>Sequence No. 04 |
|---|---|---|

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2** Your social security number |
|---|---|
|  |  |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, _____2019_____ ,
I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code<br>LOVES TRAVEL STOPS & COUNTRY STORES<br>10601 N PENNSYLVANIA AVE OKLAHOMA CITY OK 73120 | **6** Employer's or payer's<br>TIN (if known)<br><br>73-1220756 |
|---|---|

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld | 0 |
| **b** | Social security wages | 0 | | (Name of state) | |
| **c** | Medicare wages and tips | 0 | **g** | Local income tax withheld | 0 |
| **d** | Social security tips | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld | 256.88 | **h** | Social security tax withheld | 204.30 |
| | | | **i** | Medicare tax withheld | 47.78 |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution | | **f** | Federal income tax withheld | |
| **b** | Taxable amount | | **g** | State income tax withheld | |
| **c** | Taxable amount not determined | ☐ | | (Name of state) | |
| **d** | Total distribution | ☐ | **h** | Local income tax withheld | |
| **e** | Capital gain (included in line 8b) | | | (Name of locality) | |
| | | | **i** | Employee contributions | |
| | | | **j** | Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 42058U | Form **4852** (Rev. 9-2020) |
|---|---|---|

**Exhibit A**

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) | ▶ Attach to Form 1040, 1040-SR, or 1040-X. | |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form4852* for the latest information. | Attachment Sequence No. 04 |

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2 Your social security number** |
|---|---|
| | |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** **Enter year in space provided and check one box.** For the tax year ending December 31, 2019 ,

I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR** ☐ Form 1099-R.

I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code | **6** Employer's or payer's TIN (if known) |
|---|---|
| PANDA RESTAURANT GROUP INC AGENT FOR: PANDA EXPRESS INC 1683 WALNUT GROVE AVE ROSEMEAD CA 91770 | 95-4065005 |

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld | 0 |
| **b** | Social security wages | 0 | | (Name of state) . | |
| **c** | Medicare wages and tips | 0 | **g** | Local income tax withheld | 0 |
| **d** | Social security tips | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld | 24.19 | **h** | Social security tax withheld . | 522.73 |
| | | | **i** | Medicare tax withheld | 122.25 |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution . | | **f** | Federal income tax withheld | |
| **b** | Taxable amount | | **g** | State income tax withheld | |
| **c** | Taxable amount not determined . | ☐ | | (Name of state) . | |
| **d** | Total distribution . | ☐ | **h** | Local income tax withheld | |
| **e** | Capital gain (included in line 8b) . | | | (Name of locality) | |
| | | | **i** | Employee contributions . | |
| | | | **j** | Distribution codes . | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

For Paperwork Reduction Act Notice, see page 2.        Cat. No. 42058U        Form **4852** (Rev. 9-2020)



**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

In reply refer to:  1000144075
Mar. 07, 2023  LTR 3176C    0
***-**-3789  201912 30
Input Op:  1486962536 00017441
BODC: WI

MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061

```
Taxpayer identification number:  ***-**-3789
                          Form:  1040
                   Tax periods:  Dec. 31, 2019

Employee identification number:  1000144075 M/S 4450
        Contact telephone number:  866-883-0235
             Contact fax number:  855-853-0251
```

Dear Taxpayer:

You filed a purported tax return for the tax periods above that
claimed one or more frivolous positions or reflected a desire to delay
or impede administration of the tax laws. If you don't immediately
correct your return, we'll assess a $5,000 penalty against you.

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section 6702, Frivolous Tax
Submissions, we determined the information you filed as a purported
tax return, on Oct. 22, 2021 is frivolous and there is no basis in the
law for your position.

Federal courts, including the Supreme Court of the United States, have
considered positions like yours and repeatedly rejected them as
without merit. Publication 2105, Why do I have to Pay Taxes?, includes
examples of frivolous positions and arguments regarding the U.S. tax
system under the heading "Don't Fall for These Arguments." Notice
2010-33 provides detailed information on positions identified as
frivolous under Section 6702.

People who violate the tax laws may be subject to federal criminal
prosecution and imprisonment. For information about the IRS criminal
enforcement program visit www.irs.gov/ciprograms.

You included a position that has no basis in the law. You're
attempting to avoid or reduce tax liabilities or to secure a refund
to which you're not entitled.

To avoid this penalty, submit a signed request to withdraw your
purported returns for each taxable period listed at the top of this
letter within 30 days from the date of this letter. Once you withdraw
your purported returns, we'll disregard the frivolous documents you
filed and we will not assess the frivolous tax return penalty for each

```
                                        1000144075
                        Mar. 07, 2023  LTR 3176C    0
                        ***-**-3789  201912 30
                        Input Op:  1486962536 00017442
```

MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061


period for which the purported returns were withdrawn.

Attach this letter to your response and mail it to the return address
at the top of this letter.

If you have questions or concerns regarding the information requested
or response timeframes, please contact the number listed at the top of
the letter.

              IF YOU DO NOT WITHDRAW YOUR RETURNS

If you don't withdraw your returns within 30 days from the date of
this letter, or if you submit additional documents asserting a
frivolous position, we will assess the $5,000 penalty for each
purported tax return containing a frivolous position and send you a
bill. If you filed a joint frivolous return, both you and your spouse
will be assessed a $5,000 penalty. Internal Revenue Code Section 6702
provides us the authority to assess this penalty.

                   ADDITIONAL INFORMATION
For more information on positions identified as frivolous under
Section 6702 see: www.irs.gov/notice201033. If you don't have a
computer, consult a law library to access Notice 2010-33 in the
Internal Revenue Bulletin (I.R.B.). You can find additional
information in publication "The Truth About Frivolous Arguments"
available on-line only at www.irs.gov/frivolous.

For basic information about the tax system see Publication 2105, Why
do I have to Pay Taxes?. We also encourage you to seek advice from a
competent tax professional or a tax attorney qualified to practice in
your state.

You can get any of the forms or publications mentioned in this letter
by visiting www.irs.gov/forms-pubs or by calling 800-TAX-FORM
(800-829-3676).

We enclosed a copy of this letter for your records and an envelope
for your convenience.

If you have additional questions, you can call us at 866-883-0235,
Monday through Friday 7:00 a.m. to 3:30 p.m. MST.

```
                                          1000144075
                    Mar. 07, 2023  LTR 3176C   O
                    ***-**-3789   201912 30
                    Input Op:  1486962536 00017443
```

MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061


                         Sincerely yours,


                         *Gardy Larochelle*

                         Gardy Larochelle, Director
                         Return Integrity Verification Ops.

Enclosures:
Copy of this letter
Envelope
Publication 1

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1000144075
Mar. 7, 2023  LTR 3176C
████ 3789  2019 12 30

VIA CERTIFIED MAIL: 7022 0410 0001 6622 3132

March 27, 2023

Gardy Larochelle, Director
Return Integrity Verification Ops.
Internal Revenue Service
Frivolous Return Prog., Stop 4450
Ogden  UT  84201-0059

Greetings:

This correspondence is in reply to your letter, reference number 1000144075, dated March 7, 2023.  A copy of your letter is included with this reply. The assertions made in your letter, in our opinion, are vague and do not amount to sufficiently formal controversion of the testimony on our tax return as to merit specific response and fail to identify any actual flaw in our tax return.

However, we operate on the presumption your letter is sent as a pretext on the basis of which you will imagine some further actions to be legitimized should we fail to rebut. Therefore, attached you will find a sworn affidavit directed at each element of fact involved in the penalty under IRC Section 6702(a) with which you threaten us.

CIVIL PENALTY FOR FRIVOLOUS TAX RETURNS. A person shall pay a penalty of $5,000 if -

    (1)  such person files what purports to be a return of a tax imposed by this title but which -

        (A)  does not contain information on which the substantial correctness of the self-assessment may be judged, or
            ***Does not apply, see attached Affidavit, item 1.***

        (B)  contains information that on its face indicates that the self-assessment is substantially incorrect; and
            ***Does not apply, see attached Affidavit, item 2.***

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1000144075
Mar. 7, 2023 LTR 3176C
███████3789 2019 12 30

    (2) the conduct referred to in paragraph (1) –

      (A)  is based on a position which the Secretary has identified as frivolous under subsection (c), or
          *Does not apply, see attached Affidavit, item 3.*

      (B)  reflects a desire to delay or impede the administration of Federal tax laws.
          *Does not apply, see attached Affidavit, item 4.*

Additionally, there are statutory restrictions upon whom penalties can be assigned (IRC Section 6671(b)), which do not apply to us. *See attached Affidavit, item 5.*

The determination of whether a return is "frivolous" extends solely to the question of whether the return constitutes a valid, cognizable affidavit under the normal and logical standards by which such documents are judged – that is, neither contradicting itself, nor lacking some information upon which something appearing upon the affidavit itself purports to be based. Nothing more is within the scope of the question.

As Americans, we have a duty to hold our public servants accountable to the Rule of Law and to the limitations on their delegated authority. Consequently, we hereby exercise our right to accurately ascertain whether you, Gardy Larochelle, are authorized to make the determination of "frivolity." Please establish your qualifications for doing do.

We are constitutionally protected from deprivation of, "life, liberty, or property, without due process of law," that you, as agent, have sworn an oath to protect. At the very least, we are entitled to "administrative due process."

> "… a statute which imposes a tax upon an assumption of fact which the [presumed] taxpayer is forbidden to controvert is so arbitrary and unreasonable that it cannot stand under the Fourteenth Amendment."
> Heiner v. Donnan 285 US 312 (1932)

In respect of our "due process" rights, you have a *duty to disclose* with specificity what exactly it is you find to be "frivolous" in the documents filed, then sign your true name to that determination. So that we may correct any errors, cite the precise law that we are presumed to have misapplied or

MICHAEL A & DAWN M FRENCH

314 WEST LENNON DRIVE

EMORY TX 75440

Reply Reference #: 1000144075

Mar. 7, 2023  LTR 3176C

▆▆▆ 3789  2019 12 30

<u>misunderstood that resulted in the "frivolous" elements you claim to have</u>
<u>found and are personally authorized to judge.</u>

> "In the interpretation of statutes levying taxes it is the established rule not to
> extend their provisions, by implication, beyond the clear import of the
> language used, or to enlarge their operations so as to embrace matters not
> specifically pointed out. In case of doubt they are construed most strongly
> against the government, and in favor of the citizen." (cites omitted) Gould v.
> Gould 245 US 151 (1971)

**If you fail to identify the statutorily defined elements you presume exist to
reach the "frivolous" conclusion you propose, you will have failed to *state a
claim upon which relief can be granted*. With no legal claim on our property, you
must refund, as the law provides. As in all tax law, any doubt flows against
those seeking to impose the tax.**

> "Keep in mind the well settled rule that the citizen is exempt from taxation
> unless the same is imposed in clear and unequivocal language, and that where
> the construction of a law is doubtful, the doubt is to be resolved in favor of
> those upon whom the tax is sought to be laid." Spreckles Sugar Refining Co.
> v. McClain 192 US 397 (1904)

**Please TAKE NOTICE that any future correspondence from you regarding tax
year 2019 that is not a *thoughtful, legal, and comprehensive* response to all of our
inquiries above (underlined for your convenience) will be treated *as if never
received*.**

**Nothing we have done or do now by making this response or otherwise is to be
construed as a waiver of any of our rights. Further, we particularly demand and
insist upon every due process protection relevant to this matter under the
common law, Texas law and federal law.**

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1000144075
Mar. 7, 2023 LTR 3176C
████████ 3789 2019 12 30

We have not provided a telephone number as we prefer to keep a written record of our correspondences. This letter and its attachments will become part of the formal record of our correspondences and notices we have made to you, for use in all future legal proceedings.

Regards,

Michael A French

Dawn M French

Enclosures:

- Copy of LTR 3176C dated Mar. 7, 2023

- Affidavit

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1000144075
Mar. 7, 2023 LTR 3176C
███████-3789 2019 12 30

## AFFIDAVIT

We, Michael A. & Dawn M. French, being of sound mind and upon our oath, depose and state as follows:

1. The tax return we completed and submitted concerning the year 2019 contains entries declaring:
   i.   total (gross) income receipts and adjusted gross and net income receipts computed according to the instructions provided;
   ii.  a self-assessment of tax due upon the computed "net income" per the tax table provided; and
   iii. an unaltered signed affirmation regarding the truth, completeness and correctness of these entries and assessment.
   To the best of our knowledge and belief, the above-listed entries comprise information by which the substantial correctness of the self-assessment of the return can be judged.

2. Aside from identifying information, address, signature and date, the Form 1040 with accompanying instruments we completed and submitted concerning the year 2019 contains nothing from our hand except:
   i.   numeric entries;
   ii.  the answer to a question posed by the Secretary for an explanation of how did we determine amounts reported on lines 7 and 8 of the form: "RECORDS PROVIDED BY PAYER NOTED ON LINE 5"; and
   iii. the response to a request by the Secretary to explain our efforts to obtain corrected Forms W-2: "NONE".
   To the best of our knowledge and belief, nothing on the return constitutes information that on its face indicates the self-assessment is substantially incorrect. No alterations needed.

3. The information on the tax return we completed and submitted concerning the year 2019 is not based on, nor reflective of, any "position" identified by the Secretary of the Treasury or his delegates as "frivolous" and published as such pursuant to 6702(c).

4. The content of the tax return we completed and submitted concerning the year 2019 and the act of its completion and submission are not intended,

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1000144075
Mar. 7, 2023  LTR 3176C
▇▇▇▇-3789  2019 12 30

expected nor desired to impede or delay the administration of any federal
tax law. On the contrary, the tax return we completed and submitted
concerning the year 2019 is our best effort to fully comply with all legal
obligations to which we are subject, to the best or our understanding of
those obligations, and to conform with all relevant provisions of law, as best
we understand those provisions. It is our sincere hope and intent the tax
return we completed and submitted concerning the year 2019 contributes to
and is met with the smooth, speedy and proper administration of the
federal tax laws.

5. Neither of us are an officer or employee of a corporation or member or
   employee of a partnership, who as such officer, member or employee is
   under any duty whatsoever concerning tax forms, reports or tax-related
   matters of any kind. Nor are we a member of any class illustrated or defined
   by the foregoing enumerated examples.

6. We have never knowingly and intentionally created, acknowledged or
   supported any relationship or presumption of a relationship between us and
   the United States under the auspices or by virtue of which the United States
   is authorized to seize property from us or subject us to fines or penalties
   other than by making a formal complaint and proving its claims to the
   satisfaction of an impartial judicial tribunal as Plaintiff in an adversarial
   proceeding in which we enjoy the benefit of all presumptions, and which
   conforms to the specifications of the Seventh Article of Amendment to the
   Untied States Constitution.

We affirm under penalty of perjury under the laws of the United States the
foregoing is true and correct.

Executed Monday, March 27, 2023, at Emory Texas.


Michael A French                              Dawn M French

**Exhibit C**



OSC
OGDEN  UT  84201-0059

In reply refer to:  1486709327
June 27, 2023   LTR 105C   0
***-**-3789  201912 30
                    00007341
BODC: WI

9307110756201314888822



MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061

001011

CERTIFIED MAIL

Taxpayer identification number:  ***-**-3789
                  Kind of tax:  INCOME
              Amount of claim :  $28,571.00

            Date of claims received:  Oct. 22, 2021
                      Tax period :  Dec. 31, 2019

Dear Taxpayer:

                    WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at
the top of this letter.

                    WHY WE CAN'T ALLOW YOUR CLAIM

You based your claim on a frivolous position that isn't supported by
law. Federal courts consistently rule against these arguments and
may impose substantial fines for taking a frivolous position.

                    WHAT TO DO IF YOU DISAGREE

If you don't agree with our decision, you can file suit to recover
tax, penalties, or other amounts, with the United States District
Court that has jurisdiction or with the United States Court of Federal
Claims. These courts are part of the judicial branch of the federal
government and have no connection with the IRS.

The law gives you 2 years from the date of this notice of claim
disallowance to file suit. If you signed an agreement that waived your
right to this notice of disallowance Form 2297, Waiver of Statutory
Notification of Claim Disallowance, the period for filing suit begins
on the date you filed the waiver. If you decide to appeal our decision
first, the 2-year period still begins from the date of this notice or,
if applicable, the date you filed the waiver even if Appeals has not
yet rendered a final decision on your case. Consideration of your
claim by Appeals does not extend the 2-year period to file suit.
However, the 2-year-period can be extended if you and the IRS sign a

**Exhibit D**

```
                                            1486709327
                      June 27, 2023   LTR 105C   0
                      ***-**-3789   201912 30
                                         00007342
```

MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061



Form 907, Agreement to Extend the Time to Bring Suit.

A refund or credit cannot be made after the end of the 2-year period
(including any extension) unless you file suit during that time. If
the end of the 2-year period is approaching and a decision has not
been made on your appeal (or if a favorable decision has been made but
the refund has not yet been paid), you can file suit, or you can
discuss extending this 2-year period with the IRS to protect your
ability to receive a refund. If you do not file suit within the 2-year
period or sign an agreement with the IRS extending the 2-year period
to file suit, you may lose your ability to receive a refund, even if a
favorable decision on your appeal has already been made.

Find tax forms or publications by visiting www.irs.gov/forms or
calling 800-TAX-FORM (800-829-3676).

                         HOW TO CONTACT US

If you have questions, you can call 866-883-0235.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.



```
                                              1486709327
                      June 27, 2023    LTR 105C    0
                      ***-**-3789   201912 30
                                              00007343
```

MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061

001011

Sincerely yours,

Gardy Larochelle

Gardy Larochelle, Director
Return Integrity Verification Ops.

Enclosures:
Publication 1

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1486709327
June 27, 2023 LTR 105C
▓▓▓▓3789 2019 12 30

VIA CERTIFIED MAIL: 7022 0410 0001 6622 3118

# FORMAL WRITTEN PROTEST

July 27, 2023

Department of the Treasury
Internal Revenue Service
Ogden UT 84201-0059

Greetings:

This correspondence is our <u>Formal Written Protest and request for an Appeal of the assessment of penalties</u>. In our previous letter, dated March 27, 2023, enclosed, along with a copy of the original Letter 3176C we were responding to, we specifically rejected the allegations that we filed a purported tax return for the 2019 tax year that claimed one or more frivolous positions or reflected a desire to delay or impede administration of the tax laws. We further specifically requested:

- The public servant named Gardy Larochelle provide the qualifications establishing his authority to make the determination of "frivolity."

- The public servant named Gardy Larochelle disclose with specificity what exactly he found to be "frivolous" in the documents we filed and then sign his true name to that determination.

- The public servant named Gardy Larochelle cite the precise law that we are presumed to have misapplied or misunderstood that resulted in the "frivolous" determination.

Rather than provide any information that we requested so that we could respond, we then received three <u>unsigned</u> Notices CP15, enclosed, assessing a total of $15,000 in penalties.

As regards the imposition of these penalty charges, <u>we demand to be provided the name of the agent responsible for sending us these Notices CP15</u>. We

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1486709327
June 27, 2023 LTR 105C
▇▇▇3789 2019 12 30

suspect this agent is not qualified, and in fact may be committing **fraud** (IRC Section 6203) or **extortion under color of office** (18 USC Section 1951(b)(2)) by **mailing** (18 USC Section 1341) an unsupported "determination," which would explain why this agent failed to sign the Notices CP15.

Per this request for Appeal, please review the following enclosures:

- Letter 3176C from Gardy Larochelle dated March 7, 2023

- Our response letter dated March 27, 2023 including a signed, sworn affidavit, clearly indicating how IRC Section 6702(a) does not apply to our tax return for the 2019 tax year

- Three <u>unsigned</u> Notices CP15, each assessing a $5,000 penalty, one dated July 3, 2023 and two dated July 10, 2023

- Letter 105C from Gardy Larochelle dated June 27, 2023

We, again, reject the allegations that we filed a purported tax return for the 2019 tax year that claimed one or more frivolous positions or reflected a desire to delay or impede administration of the tax laws. We formally dispute the application of penalties assessed per IRC Section 6702(a). We propose the IRS correct its records according to what was reported to them on the documents we have legally submitted for the 2019 tax year.

Under penalties of perjury, we declare to the best of our knowledge and belief, the information contained in this protest and accompanying documents is true, correct, and complete.

Nothing we have done or do now by making this response or otherwise is to be construed as a waiver of any of our rights. Further, we particularly demand and insist upon every due process protection relevant to this matter under the common law, Texas law and federal law.

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1486709327
June 27, 2023  LTR 105C
████ 3789  2019 12 30

We have not provided a telephone number as we prefer to keep a written record of our correspondences. This letter and its attachments will become part of the formal record of our correspondences and notices we have made to you, for use in all future legal proceedings.


Regards,


*Michael A French*

Michael A French


*Dawn M French*

Dawn M French


Enclosures:

- Copy of LTR 3176C dated Mar. 7, 2023

- Copy of our response letter dated March 27, 2023

- Copy of our signed Affidavit

- Copy of three Notices CP15 dated July 3, 2023 and July 10, 2023

- Copy of LTR 105C dated June 27, 2023



MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1486709327
June 27, 2023 LTR 105C
████ 3789 2019 12 30

VIA CERTIFIED MAIL: 7020 1290 0000 4975 3043

## SECOND FORMAL WRITTEN PROTEST

April 29, 2024

Department of the Treasury
Internal Revenue Service
Ogden UT 84201-0059

Greetings:

This correspondence is our <u>Second Formal Written Protest and request for an Appeals Conference</u> regarding the disallowance of our claim for credit for the tax year ended December 31, 2019. Our first Formal Written Protest sent on July 27, 2023 was apparently ignored.

Letter 105C alleges our claim is based on a frivolous position that is not supported by law, but we stated no position in our claim. We have no idea what position we are alleged to have taken that is not supported by law.

The following is the required information to support our Formal Written Protest per Publication 5:

- We hereby state we want to appeal the disallowance of our claim for credit for the tax year ended December 31, 2019.

- We are Michael A. & Dawn M. French of 314 West Lennon Drive, Box 139, Emory, Texas 75440 and 817-680-5392.

- We dispute our claim for the tax year ended December 31, 2019 was based on a frivolous position.

- We filed a claim for refund of amounts withheld on a joint tax return using Form 1040 for the tax year ended December 31, 2019 ("2019 return"), with the Austin Texas office of the IRS on or before October 20, 2021, via Certified Mail 7020 1290 0000 4974 8995.

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1486709327
June 27, 2023 LTR 105C
████ 3789 2019 12 30

- The documentation we have received from the IRS for the tax year ended December 31, 2019, subsequent to filing our 2019 return includes:

  - Letter 12C dated May 6, 2022,
  - Letter 3176C dated March 7, 2023, and
  - Letter 105C dated June 27, 2023.

- All of the documentation we have received from the IRS for the tax year ended December 31, 2019, fails to identify any actual flaw in our 2019 return.

- All of the documentation we have received from the IRS for the tax year ended December 31, 2019, fails to specify what exactly it is the IRS finds to be frivolous with regards to our 2019 return.

- All of the documentation we have received from the IRS for the tax year ended December 31, 2019, fails to specify what "position" we are alleged to have taken that is not supported by law.

- All of the documentation we have received from the IRS for the tax year ended December 31, 2019, fails to cite the precise law that we are presumed to have misapplied or misunderstood that resulted in the frivolous elements the IRS claims to have found.

- To the best of our knowledge and belief, our 2019 return contains information by which the substantial correctness of the self-assessment may be judged.

- As of the date of this letter, we have received no documentation from any agent, officer or employee of the IRS citing what specific information our 2019 return lacks such that the IRS is unable to judge the substantial correctness of the self-assessment.

- To the best of our knowledge and belief, nothing on the face of our 2019 return constitutes information that on its face indicates the self-assessment is substantially incorrect.

- As of the date of this letter, we have received no documentation from any agent, officer or employee of the IRS citing what specific information on its face indicates that the self-assessment on our 2019 return is substantially incorrect.

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

Reply Reference #: 1486709327
June 27, 2023 LTR 105C
███ 3789 2019 12 30

- The information we provided on our 2019 return is not based on, nor reflective of, any position identified by the Secretary of the Treasury or his delegates as frivolous and published pursuant to IRC Section 6702(c).

- As of the date of this letter, we have received no documentation from any agent, officer or employee of the IRS identifying with specificity what information we filed on our 2019 return that has been identified as a frivolous position pursuant to IRC Section 6702.

- Our 2019 return represents our sincere and honest effort to comply with the tax laws as we understand them to be and is not intended to delay or impede the administration of any tax law.

Under penalties of perjury, we declare to the best of our knowledge and belief, the information contained in this protest and accompanying documents is true, correct, and complete.

Nothing we have done or do now by making this response or otherwise is to be construed as a waiver of any of our rights. Further, we particularly demand and insist upon every due process protection relevant to this matter under the common law, Texas law and federal law.

This Second Formal Written Protest and request for an Appeals Conference will become part of the formal record of our correspondences and notices we have made to you, for use in all future legal proceedings.

Regards,


Michael A French                    Dawn M French


Enclosures:

- Copy of LTR 105C dated June 27, 2023



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Ogden, UT 84201

Certified Mail Fee    $4.40                                    0482
                                                                13
Extra Services & Fees (check box, add fee as appropriate)    $3.65
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage    $0.92

Total Postage and Fees    $8.97                    04/30/2024

Sent To    TCS                                     ty2019

Street and Apt. No., or PO Box No.

City, State, ZIP+4®    Ogden, UT 84201-0054

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**IRS** Department of the Treasury
**Internal Revenue Service**
Atlanta Service Center
Atlanta  GA  39901

In reply refer to:  0744535713
June 21, 2024    LTR 96C    0
***-**-3789  201912 30
                    00001190
BODC: WI



MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY  TX  75440-3061

035406

              Social Security number or
       individual taxpayer ID number: ***-**-3789
                Name of taxpayer: MICHAEL A & DAWN M FRENCH
                  Tax periods: Dec. 31, 2019

                        Form: 1040

Dear Taxpayer:

Thank you for your correspondence which we received on May  06, 2024.

Your return is no longer under review.  There were no penalties
assessed.

We are sorry for any inconvenience this has caused you.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and write your
telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                              0744535713
                      June 21, 2024    LTR 96C    0
                      ***-**-3789   201912 30
                                              00001191
```

```
MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY   TX   75440-3061
```

Sincerely yours,

Daisy Jarrett Dyer
Dept. Manager, Accounts Mgmt.



**Department of the Treasury**
**Internal Revenue Service**
**Independent Office of Appeals**
324 25th Street, Suite 6001 M/S 8500
Ogden, UT 84401-2344

Date:
11/26/2024
Person to contact:
Name: Jennifer Anderson
Employee ID Number: 1000141838
Hours: 9:00 a.m. - 1:00 p.m.
Re:
Income
Tax periods ended:
12/2019

DAWN M & MICHAEL A FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY, TX 75440-3061

Dear Dawn M & Michael A French:

Appeals received your case on 07/23/2024. We are releasing jurisdiction and returning your case to the originating office because the appeal is incomplete. The Service is responsible for perfecting the file before sending to Appeals.

If you have questions, you can contact me at the number listed at the top of this letter. Thank you for your cooperation.

Sincerely,

Jennifer Anderson
Appeals Officer

**Letter 5209 (Rev. 3-2020)**
Catalog Number 63084S

Complaint for Refund of Amounts Withheld                                     Page 1 of 1



**Department of the Treasury**
**Internal Revenue Service**
**Privacy, Governmental Liaison and Disclosure**
**GLDS Support Services**
Stop 93A
PO Box 621506
Atlanta, GA 30362

Michael A. French
314 West Lennon Drive
Emory, TX 75440

Date:
December 11, 2023
Employee name:
Kailah Martin
Employee ID number:
1003424757
Telephone number:
(901)-707-4417
Fax number:
855-205-9333
Case number:
2024-00728
Re: FOIA

Dear Michael A. French:

This is a final response to your Freedom of Information Act (FOIA) request, dated October 5, 2023, we received on October 11, 2023.

You requested documents under both the FOIA and Privacy Act. In this matter, the FOIA provides greater access to the records you requested; therefore, we're processing your request under the FOIA.

You asked for any IRC § 6020(b), Substitute for Return including certifications for the year 2019, concerning yourself. We conducted research, and no records were located in response to this portion of your request.

You asked for any internal use transcripts indicating that an IRC § 6020(b), Substitute for return was prepared by the Internal Revenue Service for MFT 30 and/or MFT 55 concerning yourself, for tax year 2019.

Treasury Regulation 26 CFR 601.702(d) provides that requests for records processed in accordance with routine agency procedures are specifically excluded from the processing requirements of the Freedom of Information Act (FOIA).

As a result, Disclosure offices do not process requests for returns and/or transcripts under the FOIA.

You need to submit requests for returns and copies of transcripts, which includes income transcripts such as Forms W-2 and/or Forms 1099, by submitting Form 4506, Request for Copy of Tax Return, or Form 4506-T, Request for Transcript of Tax Return, as applicable. Form 4506 and Form 4506-T, along with their instructions, are available at IRS.gov by searching at: https://www.irs.gov/forms-instructions

If you have questions regarding the processing of your FOIA request, please contact the caseworker assigned to your case at the phone number listed at the top of this letter.

If you are not able to resolve any concerns you may have regarding our response with the caseworker, you have the right to seek dispute resolution services by contacting our FOIA Public Liaisons at 312-292-3297. The FOIA Public Liaison is responsible for assisting in reducing delays, increasing transparency, and assisting in the resolution of disputes with respect to the FOIA.

There is no provision for the FOIA Public Liaison to address non-FOIA concerns such as return filing and other tax-related matters or personnel matters. If you need assistance with tax-related issues, you may call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

Your decision to contact the FOIA Public Liaison or OGIS for assistance in resolving your dispute does not extend the 90-day period in which you can file an appeal.

Sincerely,

Lis Fontanez
Disclosure Manager
Disclosure Office 10

Enclosure:
Notice 393



**Department of the Treasury**
**Internal Revenue Service**
**Privacy, Governmental Liaison and**
**Disclosure**
**GLDS Support Services**
Stop 93A
PO Box 621506
Atlanta, GA 30362

Dawn M. French
314 West Lennon Drive
Emory, TX  75440

Date:
October 19, 2023
Employee name:
Denise Salazar
Employee ID number:
1000191088
Telephone number:
559-550-8640
Fax number:
855-205-9336
Case number:
2024-00734

Dear Dawn M. French:

This is a final response to your Freedom of Information Act (FOIA) request, dated October 5, 2023, we received on October 11, 2023.

You asked for transcripts of IRC 6020(b) returns for MFT 30 and 55 for tax year 2019.

The information you requested isn't available for the following reasons:

- IRC 6020(b) returns were not filed for tax years 2019.

Treasury Regulation 26 CFR 601.702(d) provides that requests for records processed in accordance with routine agency procedures are specifically excluded from the processing requirements of the Freedom of Information Act (FOIA).

As a result, Disclosure offices do not process requests for returns and/or transcripts under the FOIA.

You need to submit requests for returns and copies of transcripts, which includes income transcripts such as Forms W-2 and/or Forms 1099, by submitting Form 4506, Request for Copy of Tax Return, or Form 4506-T, Request for Transcript of Tax Return, as applicable. Form 4506 and Form 4506-T, along with their instructions, are available at IRS.gov by searching at: https://www.irs.gov/forms-instructions

**To request Non-Master File (NMF) transcripts, use the following procedures:**

For NMF transcripts for individuals, direct your written request to:

Philadelphia Campus, PAMC
2970 Market Street, Mail Stop BLN-3-M20-112, Team 506
Philadelphia, PA  19104

For NMF transcripts for business entities, direct your written request to:

Cincinnati Campus, CAMC
7940 Kentucky Dr. Stop 6111G, Team C103
Florence, KY 41042

If you have questions regarding the processing of your FOIA request, please contact the caseworker assigned to your case at the phone number listed at the top of this letter.

If you are not able to resolve any concerns you may have regarding our response with the caseworker, you have the right to seek dispute resolution services by contacting our FOIA Public Liaisons at 312-292-3297. The FOIA Public Liaison is responsible for assisting in reducing delays, increasing transparency, and assisting in the resolution of disputes with respect to the FOIA.

There is no provision for the FOIA Public Liaison to address non-FOIA concerns such as return filing and other tax-related matters or personnel matters. If you need assistance with tax-related issues, you may call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

Your decision to contact the FOIA Public Liaison or OGIS for assistance in resolving your dispute does not extend the 90-day period in which you can file an appeal.

Sincerely,

Acting Disclosure Manager
Disclosure Office 14

Enclosure:
 Notice 393



**Department of the Treasury**
**Internal Revenue Service**
**Privacy, Governmental Liaison and**
**Disclosure**
**GLDS Support Services**
Stop 93A
PO Box 621506
Atlanta, GA 30362

Michael A. French
314 West Lennon Drive
Emory, TX 75440

**Date:**
December 11, 2023
**Employee name:**
Kelly Black
**Employee ID number:**
1003805313
**Telephone number:**
509-623-4869
**Fax number:**
855-205-9333
**Case number:**
2024-00749

Dear Michael A. French:

This is a final response to your Freedom of Information Act (FOIA) request, dated October 5, 2023, and received on October 11, 2023.

Your request for any internal use transcripts indicating that an IRC § 6020(b) return was prepared for you by the IRS for MFT 30 and/or MFT 55 for the year 2022 was addressed in the letter sent to you on October 24, 2023.

You requested any IRC § 6020(b) return, including certifications, prepared for you for the year 2022. A search was conducted, and no records were located in response to your request.

If you have questions regarding the processing of your FOIA request, please contact the caseworker assigned to your case at the phone number listed at the top of this letter.

If you are not able to resolve any concerns you may have regarding our response with the caseworker, you have the right to seek dispute resolution services by contacting our FOIA Public Liaisons at 312-292-3297. The FOIA Public Liaison is responsible for assisting in reducing delays, increasing transparency, and assisting in the resolution of disputes with respect to the FOIA.

There is no provision for the FOIA Public Liaison to address non-FOIA concerns such as return filing and other tax-related matters or personnel matters. If you need assistance with tax-related issues, you may call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I have enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

Your decision to contact the FOIA Public Liaison or OGIS for assistance in resolving your dispute does not extend the 90-day period in which you can file an appeal.

Sincerely,

Lis Fontanez
Disclosure Manager
Disclosure Office 10

Enclosure:
Notice 393



**Department of the Treasury**
**Internal Revenue Service**
Privacy, Governmental Liaison and
Disclosure
**GLDS Support Services**
Stop 93A
PO Box 621506
Atlanta, GA 30362

Dawn M. French
314 West Lennon Drive
Emory, TX  75440

Date:
October 19, 2023
Employee name:
Denise Salazar
Employee ID number:
1000191088
Telephone number:
559-550-8640
Fax number:
855-205-9336
Case number:
2024-00708

Dear Dawn M. French:

This is a final response to your Freedom of Information Act (FOIA) request, dated October 5, 2023, we received on October 11, 2023.

You asked for transcripts of IRC 6020(b) returns for MFT 30 and 55 for tax year 2022.

The information you requested isn't available for the following reasons:

- IRC 6020(b) returns were not filed for tax years 2022.

Treasury Regulation 26 CFR 601.702(d) provides that requests for records processed in accordance with routine agency procedures are specifically excluded from the processing requirements of the Freedom of Information Act (FOIA).

As a result, Disclosure offices do not process requests for returns and/or transcripts under the FOIA.

You need to submit requests for returns and copies of transcripts, which includes income transcripts such as Forms W-2 and/or Forms 1099, by submitting Form 4506, Request for Copy of Tax Return, or Form 4506-T, Request for Transcript of Tax Return, as applicable. Form 4506 and Form 4506-T, along with their instructions, are available at IRS.gov by searching at: https://www.irs.gov/forms-instructions

**To request Non-Master File (NMF) transcripts, use the following procedures:**

For NMF transcripts for individuals, direct your written request to:

Philadelphia Campus, PAMC
2970 Market Street, Mail Stop BLN-3-M20-112, Team 506
Philadelphia, PA  19104

For NMF transcripts for business entities, direct your written request to:

Cincinnati Campus, CAMC
7940 Kentucky Dr. Stop 6111G, Team C103
Florence, KY 41042

If you have questions regarding the processing of your FOIA request, please contact the caseworker assigned to your case at the phone number listed at the top of this letter.

If you are not able to resolve any concerns you may have regarding our response with the caseworker, you have the right to seek dispute resolution services by contacting our FOIA Public Liaisons at 312-292-3297. The FOIA Public Liaison is responsible for assisting in reducing delays, increasing transparency, and assisting in the resolution of disputes with respect to the FOIA.

There is no provision for the FOIA Public Liaison to address non-FOIA concerns such as return filing and other tax-related matters or personnel matters. If you need assistance with tax-related issues, you may call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

Your decision to contact the FOIA Public Liaison or OGIS for assistance in resolving your dispute does not extend the 90-day period in which you can file an appeal.

Sincerely,

Acting Disclosure Manager
Disclosure Office 14

Enclosure:
Notice 393

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**    2022    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☐ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| | |
|---|---|
| Your first name and middle initial | Last name |
| MICHAEL A | FRENCH |

Your social security number: 3 7 8 9

| | |
|---|---|
| If joint return, spouse's first name and middle initial | Last name |
| DAWN M | FRENCH |

Spouse's social security number: 6 7 1 4

Home address (number and street). If you have a P.O. box, see instructions.
314 WEST LENNON DRIVE    Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.
EMORY    State: TX    ZIP code: 75440

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You  ☐ Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☑ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1958  ☐ Are blind    Spouse:  ☐ Was born before January 2, 1958  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here  ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | SON | ☐ | ☑ |
| | | DAUGHTER | ☐ | ☑ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 0 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | 0 |
| c | Tip income not reported on line 1a (see instructions) | 1c | 0 |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | 0 |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | 0 |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | 0 |
| g | Wages from Form 8919, line 6 | 1g | 0 |
| h | Other earned income (see instructions) | 1h | 0 |
| i | Nontaxable combat pay election (see instructions)  1i | | |
| z | Add lines 1a through 1h | 1z | 0 |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest  2a | | b Taxable interest | 2b | 0 |
| 3a | Qualified dividends  3a | | b Ordinary dividends | 3b | 0 |
| 4a | IRA distributions  4a | | b Taxable amount | 4b | 0 |
| 5a | Pensions and annuities  5a | | b Taxable amount | 5b | 23353.37 |
| 6a | Social security benefits  6a | | b Taxable amount | 6b | 0 |

**Standard Deduction for—**
• Single or Married filing separately, $12,950
• Married filing jointly or Qualifying surviving spouse, $25,900
• Head of household, $19,400
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions)  ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here  ☐ | 7 | 0 |
| 8 | Other income from Schedule 1, line 10 | 8 | 0 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 23353.37 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 0 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 23353.37 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 25900 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0 |
| 14 | Add lines 12 and 13 | 14 | 25900 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 11320B    Form **1040** (2022)

Form 1040 (2022)                                                                                          Page **2**

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ _____ | 16 | 0 |
| | 17 | Amount from Schedule 2, line 3 | 17 | 0 |
| | 18 | Add lines 16 and 17 | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 0 |
| | 20 | Amount from Schedule 3, line 8 | 20 | 0 |
| | 21 | Add lines 19 and 20 | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0 |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0 |

| Payments | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | **25a** 6775 93 | |
| | b | Form(s) 1099 | **25b** 2074 21 | |
| | c | Other forms (see instructions) | **25c** 0 | |
| | d | Add lines 25a through 25c | | 25d | 8850 14 |

| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | | 26 | 0 |
| | 27 | Earned income credit (EIC) | 27 | 0 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | 0 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | 0 | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | 0 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 8850 14 |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 8850 14 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | 35a | 8850 14 |
| Direct deposit? See instructions. | b | Routing number | **c** Type: ☐ Checking ☐ Savings | |
| | d | Account number | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** | 36 | 0 | |

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | 0 |
| | 38 | Estimated tax penalty (see instructions) | 38 | 0 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ **Yes.** Complete below. | ☑ **No** |
| | Designee's name | Phone no. | Personal identification number (PIN) |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Your signature | Date 3/27/23 | Your occupation RETIRED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date 3/27/23 | Spouse's occupation DISABLED | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's name | Preparer's signature | | Date | PTIN | Check if: ☐ Self-employed |
| | Firm's name | | | | Phone no. | |
| | Firm's address | | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                         Form **1040** (2022)

**Exhibit J**

---

| Control Number | | | | 12/12/2022 |
|---|---|---|---|---|

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no.
Defense Finance and Accounting Service
U.S. Military Retired Pay
8899 E 56th Street
Indianapolis IN 46249-1200

**1 Gross distribution**
$23353.37

**2a Taxable amount**
$23353.37

OMB No. 1545-0119

**2022**
Form 1099-R

Distributions From Pensions, Annuities Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 34-0727612 | ****3789 |

**2b** ☐ Taxable amount not determined    ☐ Total Distribution

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
MICHAEL A FRENCH
314 W LENNON DR # 139
EMORY TX        75440-3061

**4 Federal income tax withheld**
$2074.21

**7 Distribution code**
7

**9 Your percentage of total distribution**    %

Copy 2
File this copy with your state, city, or Local income tax return when required

**14 State tax withheld**
$0.00

$0.00

**15 State/Payer's state no.**

**12 FATCA Filing Requirement** ☐

Retired
01012022-12312022

**Form 1099-R**                    **(8-99)**        Department of the Treasury - Internal Revenue Service

---

| Control Number | | | | 12/12/2022 |
|---|---|---|---|---|

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no.
Defense Finance and Accounting Service
U.S. Military Retired Pay
8899 E 56th Street
Indianapolis IN 46249-1200

**1 Gross distribution**
$23353.37

**2a Taxable amount**
$23353.37

OMB No. 1545-0119

**2022**
Form 1099-R

Distributions From Pensions, Annuities Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 34-0727612 | ****3789 |

**2b** ☐ Taxable amount not determined    ☐ Total Distribution

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
MICHAEL A FRENCH
314 W LENNON DR # 139
EMORY TX        75440-3061

**4 Federal income tax withheld**
$2074.21

**7 Distribution code**
7

**9 Your percentage of total distribution**    %

Copy B
Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return.

**14 State tax withheld**
$0.00

$0.00

**15 State/Payer's state no.**

**12 FATCA Filing Requirement** ☐

Retired
01012022-12312022

This information is being furnished to the Internal Revenue Service

**Form 1099-R**                    **(8-99)**        Department of the Treasury - Internal Revenue Service

---

| Control Number | | | | 12/12/2022 |
|---|---|---|---|---|

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no.
Defense Finance and Accounting Service
U.S. Military Retired Pay
8899 E 56th Street
Indianapolis IN 46249-1200

**1 Gross distribution**
$23353.37

**2a Taxable amount**
$23353.37

OMB No. 1545-0119

**2022**
Form 1099-R

Distributions From Pensions, Annuities Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 34-0727612 | ****3789 |

**2b** ☐ Taxable amount not determined    ☐ Total Distribution

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
MICHAEL A FRENCH
314 W LENNON DR # 139
EMORY TX        75440-3061

**4 Federal income tax withheld**
$2074.21

**7 Distribution code**
7

**9 Your percentage of total distribution**    %

Copy C
For Recipient's Records
This information is furnished to the Internal Revenue Service

**14 State tax withheld**
$0.00

$0.00

**15 State/Payer's state no.**

**12 FATCA Filing Requirement** ☐

Retired
01012022-12312022

Keep this copy for your records

**Form 1099-R**                    **(8-99)**        Department of the Treasury - Internal Revenue Service

---

**Exhibit J**

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) | ~~Form 1099-R, Distributions From Pensions, Annuities, Retirement~~ **or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-X.  ▶ Go to *www.irs.gov/Form4852* for the latest information. | Attachment Sequence No. 04 |

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099 (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2** Your social security number |
|---|---|
| DAWN M FRENCH | ⬛⬛⬛6714 |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** **Enter year in space provided and check one box.** For the tax year ending December 31, 2022 ,
I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code | **6** Employer's or payer's TIN (if known) |
|---|---|
| 5063289 FLK 0980026 LINA BENEFIT PAYMENTS INC LLTCU 900 COTTAGE GROVE ROAD HARTFORD CT 06152 | 06-1252418 |

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld . . . . . . | 0 |
| **b** | Social security wages . . . . | 0 | | (Name of state) . | |
| **c** | Medicare wages and tips . . . | 0 | **g** | Local income tax withheld . . . . . | 0 |
| **d** | Social security tips . . . . . | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld . . | 0 | **h** | Social security tax withheld . . . . . | 0 |
| | | | **i** | Medicare tax withheld . . . . . . | 0 |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution . . . . . . | | **f** | Federal income tax withheld . . . . | |
| **b** | Taxable amount . . . . . . | | **g** | State income tax withheld . . . . . | |
| **c** | Taxable amount not determined . | ☐ | | (Name of state) . | |
| **d** | Total distribution . . . . . . | ☐ | **h** | Local income tax withheld . . . . . | |
| **e** | Capital gain (included on line 8b) . | | | (Name of locality) | |
| | | | **i** | Employee contributions . . . . . . | |
| | | | **j** | Distribution codes . . . . . . . | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 the IRS sent you.

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 42058U | Form **4852** (Rev. 9-2020) |
|---|---|---|

**Exhibit D**

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) | **Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-X. ▶ Go to *www.irs.gov/Form4852* for the latest information. | Attachment Sequence No. 04 |

## You must take the following steps before filing Form 4852

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2 Your social security number** |
|---|---|
| | |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, ___2022___ ,
I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code | **6** Employer's or payer's TIN (if known) |
|---|---|
| UNITED STATES POSTAL SERVICE EAGAN ACCOUNTING SERVICE CENTER 2825 LONE OAK PARKWAY EAGAN MN 55121-9617 | 41-0760000 |

**7** Form W-2. Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld | 0 |
| **b** | Social security wages | 0 | | (Name of state) . | |
| **c** | Medicare wages and tips | 0 | **g** | Local income tax withheld | 0 |
| **d** | Social security tips | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld | 627.81 | **h** | Social security tax withheld . | 454.53 |
| | | | **i** | Medicare tax withheld | 106.30 |

**8** Form 1099-R. Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution | | **f** | Federal income tax withheld | |
| **b** | Taxable amount | | **g** | State income tax withheld | |
| **c** | Taxable amount not determined | ☐ | | (Name of state) . | |
| **d** | Total distribution | ☐ | **h** | Local income tax withheld | |
| **e** | Capital gain (included in line 8b) | | | (Name of locality) | |
| | | | **i** | Employee contributions | |
| | | | **j** | Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 42058U | Form **4852** (Rev. 9-2020) |
|---|---|---|

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or** | |
|---|---|---|
| (Rev. September 2020) | **Form 1099-R, Distributions From Pensions, Annuities, Retirement** | OMB No. 1545-0074 |
| | **or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | |

▶ Attach to Form 1040, 1040-SR, or 1040-X.

Department of the Treasury
Internal Revenue Service

▶ Go to *www.irs.gov/Form4852* for the latest information.

Attachment
Sequence No. 04

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2 Your social security number** |
|---|---|
| | |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, ___2022___ ,
I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code | **6** Employer's or payer's TIN (if known) |
|---|---|
| AMAZON COM SERVICES LLC<br>PO BOX 80726 SEATTLE WA 98108 | 82-0544687 |

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld | 0 |
| **b** | Social security wages | 0 | | (Name of state) . | |
| **c** | Medicare wages and tips | 0 | **g** | Local income tax withheld | 0 |
| **d** | Social security tips | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld | 2737.94 | **h** | Social security tax withheld . | 2264.26 |
| | | | **i** | Medicare tax withheld | 529.54 |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution | | **f** | Federal income tax withheld | |
| **b** | Taxable amount | | **g** | State income tax withheld | |
| **c** | Taxable amount not determined | ☐ | | (Name of state) . | |
| **d** | Total distribution | ☐ | **h** | Local income tax withheld | |
| **e** | Capital gain (included in line 8b) | | | (Name of locality) | |
| | | | **i** | Employee contributions | |
| | | | **j** | Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

For Paperwork Reduction Act Notice, see page 2.  Cat. No. 42058U  Form **4852** (Rev. 9-2020)

**Form 4852**
(Rev. September 2020)

Department of the Treasury
Internal Revenue Service

## Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

▶ Attach to Form 1040, 1040-SR, or 1040-X.
▶ Go to *www.irs.gov/Form4852* for the latest information.

OMB No. 1545-0074

Attachment
Sequence No. 04

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| 1 Name(s) shown on return | 2 Your social security number |
|---|---|
| | |

**3 Address**
314 WEST LENNON DRIVE EMORY TX 75440

**4 Enter year in space provided and check one box.** For the tax year ending December 31, ___2022___ ,

I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.

I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| 5 Employer's or payer's name, address, and ZIP code | 6 Employer's or payer's TIN (if known) |
|---|---|
| BROOKSHIRE GROCERY COMPANY P O BOX 1411 TYLER TX 75710-5710 | 75-0865842 |

**7 Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| a | Wages, tips, and other compensation | 0 | f | State income tax withheld | 0 |
| b | Social security wages | 0 | | (Name of state) . | |
| c | Medicare wages and tips | 0 | g | Local income tax withheld | 0 |
| d | Social security tips | 0 | | (Name of locality) | |
| e | Federal income tax withheld | 0 | h | Social security tax withheld . | 45.02 |
| | | | i | Medicare tax withheld | 10.53 |

**8 Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| a | Gross distribution | | f | Federal income tax withheld | |
| b | Taxable amount | | g | State income tax withheld | |
| c | Taxable amount not determined | ☐ | | (Name of state) . | |
| d | Total distribution | ☐ | h | Local income tax withheld | |
| e | Capital gain (included in line 8b) | | | (Name of locality) | |
| | | | i | Employee contributions | |
| | | | j | Distribution codes | |

**9 How did you determine the amounts on lines 7 and 8 above?**
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10 Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.**
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

**For Paperwork Reduction Act Notice, see page 2.**          Cat. No. 42058U          Form **4852** (Rev. 9-2020)

88 BLACK FALCON, 1ST FL, EAST SIDE
SUITE 167, V7E
BOSTON MA 02210



DAWN MICHELLE FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440-3061

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>FMR LLC<br>88 BLACK FALCON, 1ST FL, EAST SIDE<br>SUITE 167, V7E<br>BOSTON, MA 02210<br>1-888-977-2963 | | **1** Rents | OMB No. 1545-0115<br>Form**1099-MISC**<br>(Rev. January 2022)<br>For calendar year<br>2022 | **Miscellaneous Information** |
|---|---|---|---|---|
| | | **2** Royalties | | |
| | | **3** Other income<br>$0.00 | **4** Federal income tax withheld | **Copy B<br>For Recipient** |
| PAYER'S TIN<br>04-3532603 | RECIPIENT'S TIN<br>*****6714 | **5** Fishing boat proceeds | **6** Medical and health care payments | This is important tax information and is being |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>DAWN MICHELLE FRENCH<br>314 WEST LENNON DRIVE<br>EMORY, TX 75440 | | **7** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | **8** Substitute payments in lieu of dividends or interest | furnished to the IRS. If you are required to file a return, a negligence penalty or other |
| | | | **10** Gross proceeds paid to an attorney | sanction may be imposed on you if this income is taxable and the IRS |
| | | **9** Crop insurance proceeds | | determines that it has not been reported. |
| | | **11** Fish purchased for resale | **12** Section 409A deferrals | |
| | **13** FATCA filing requirement | **14** Excess golden parachute payments | **15** Nonqualified deferred compensation | |
| Account number (see instructions)<br>GCAP1496 | | **16** State tax withheld | **17** State/Payer's state no.<br>TX | **18** State income |

Form **1099-MISC**   (Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1099MISC          Department of the Treasury - Internal Revenue Service

This corrected Form 1099-MISC is submitted to rebut a document known to have been submitted by the party identified above as 'PAYER,' which erroneously alleges a payment to the party identified above as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

Under penalty of perjury, I declare I have examined this statement and the above corrected 1099-MISC and to the best of my knowledge and belief it is true, correct, and complete.

DAWN M FRENCH                                      3/27/2023
_____                         _____
DAWN M FRENCH                                         DATE

018645 0018647 00022602 0002                 69110-0002 74042 01/19/23 -P



FORT LAUDERDALE, FL 33304

C1241 1of1 3267 B378 P5
CHARLES FRENCH
1340 VZ COUNTY ROAD 1803
GRAND SALINE, TX 75140-3492

✓ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>FENIX INTERNET LLC<br>2598 EAST SUNRISE BOULEVARD SUITE 2104<br>FORT LAUDERDALE, FL 33304<br>(888) 688-0458 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2022)<br><br>For calendar year<br>20 __22__ | **Nonemployee<br>Compensation** |
|---|---|---|---|
| PAYER'S TIN<br>83-3988927 | RECIPIENT'S TIN | 1 Nonemployee compensation<br>$            $0.00 | **Copy B** |
| RECIPIENT'S name<br><br>1340 VZ COUNTY ROAD 1803<br>GRAND SALINE, TX 75140-3492 | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **For Recipient**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 | |
| | | 4 Federal income tax withheld<br>$ | |
| Account number (see instructions) | | 5 State tax withheld<br><br>$ | 6 State/Payer's state no. | 7 State income<br><br>$ |

Form **1099-NEC** (Rev. 1-2022)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

This corrected Form 1099-NEC is submitted to rebut a document known to have been submitted by the party identified above as 'PAYER,' which erroneously alleges a payment to the party identified above as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

Under penalty of perjury, I declare I have examined this statement and the above corrected 1099-NEC and to the best of my knowledge and belief it is true, correct, and complete.

_Charles A French_                    3/27/23

CHARLES A FRENCH                         DATE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
IRS
Street and Apt. No., or PO Box No.

City, State, ZIP+4®
Austin TX 73301-0002

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions



Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0025

**IRS**

| | |
|---|---|
| Notice name CP12 | **Tax year** 2022 |
| **Notice date** June 26, 2023 | |
| **Your caller ID** 722681 | |
| **Your TIN** XXX-XX-3789 | |
| **Last date to respond August 25, 2023** | |
| **For more information** visit irs.gov/CP12 to learn more about this notice and avoid waiting on the phone. | |

J5732-0251288 P015 T00773 00251288    1 AB  0.507
MICHAEL A & DAWN M  FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY, TX 75440-3061
ՈլՈլՈւՈլՈսսո։Ոլըսել||Ոսս||Ոո|Ոս||դՈսե|

18H
283D

Page 1 of 2

We found an error on your 2022 Form 1040, which affects the following area of your return:  **Tax Payments**

We changed your return to correct this error. As a result, you are due a refund.

## Adjusted Refund: $2,074.00

## Billing summary

| | |
|---|---|
| Payments you made | -$2,074.00 |
| Amount applied to your 2023 estimated tax | $0.00 |
| **Refund** | **$2,074.00** |

## Why we changed your information

We changed the amount claimed as federal income tax withheld on your tax return to reflect the amounts shown on Form(s) W-2, 1099, or other supporting documents.

> Review the changes made to your account under "Tax calculations, payments and credits" section. If you disagree, **contact us by August 25, 2023 to resolve the errors.** You can contact us at 800-829-0922. Be sure to have your account information available when you call. See the "How to resolve this issue" section for more information.

## How to resolve this issue

Review this notice and compare our changes to the information on your tax return.

**If you do not contact us by August 25, 2023, we'll proceed as if you agree with the information in this notice.**

**If you agree with the changes we made:**

If you haven't received a refund for $2,074.00, you should receive it within 4-6 weeks as long as you don't owe other tax or debts we're required to collect.

**If you don't agree with the changes we made:**

Call 800-829-0922 using "Your caller ID" provided on the top of page one to review your account with a representative. Be sure to have your account information available when you call. You can also contact us by mail at the address at the top of the first page of this notice. Be sure to include your taxpayer identification number, tax year, and form number you are writing about.

## Your tax calculations

| Description | Your calculations | IRS calculations |
|---|---|---|
| Adjusted gross income, Form 1040 line 11 | $23,353.00 | $23,353.00 |
| Taxable income, Form 1040 line 15 | $0.00 | $0.00 |
| **Total tax, Form 1040 line 24** | **$0.00** | **$0.00** |

Continued on back...

Complaint for Refund of Amounts Withheld                    Page 1 of 2


**Notice:** CP12    **Tax year:** 2022    **Notice date:** June 26, 2023    **TIN:** XXX-XX-3789    Page 2 of 2

## Your payments and credits

| Description | IRS calculations |
|---|---:|
| Income tax withheld, Form 1040 line 25d | $2,074.00 |
| Estimated tax payments, Form 1040 line 26, SCH 3 line 10 | $0.00 |
| Other credits, Form 1040 lines 27-30, SCH 3 lines 9, 11, 12, 14 | $0.00 |
| Other payments received | $0.00 |
| **Total payments and credits** | **$2,074.00** |

## IRS help

For online assistance, visit irs.gov/help.

If you can't find what you need online, call the IRS at 800-829-0922.

**Estimated Tax Filers Note:** If you pay estimated taxes, check your computation of estimated tax to see if you should adjust your estimated tax payments.

### Taxpayer rights and sources of assistance

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see the enclosed Publication 1, Your Rights as a Taxpayer, or visit irs.gov/taxpayer-bill-of-rights.

### Taxpayer Advocate Service

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit taxpayeradvocate.irs.gov or call 877-777-4778.

Scan here to view the Taxpayer Advocate Website

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to taxpayeradvocate.irs.gov/litcmap;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at irs.gov/forms; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

MICHAEL A & DAWN M FRENCH

314 WEST LENNON DRIVE

EMORY TX 75440

In Reply To:
June 26, 2023  Notice CP12
███████3789  Tax Year: 2022

**VIA CERTIFIED MAIL:  7022 0410 0001 6622 3101**

July 27, 2023

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0025

To Whom It May Concern:

We received an <u>unsigned</u> Notice CP12 dated June 26, 2023, a copy of which is attached.
Notice CP12 states our return was changed to correct an error to the amount claimed
as withheld. We **do not** and did not agree to any changes to our lawfully prepared and
sworn return. We timely filed Forms 1040 and 4852, copies of which are also attached,
with the Internal Revenue Service for Tax Year 2022 in which we accurately accounted
for all amounts withheld.

Please provide documentation of the statutory or regulatory authority by which you
claim to change our sworn testimony. Notice CP12 alleges an error on our Form 1040,
but does not provide any facts or evidence of that error. If you have facts and evidence
that we are incorrect in our assessment, please provide so we can respond
appropriately.

Thank you for your prompt attention to this matter.  This letter and its attachments
will become part of the formal record of our correspondences and notices we have
made to you, for use in all future legal proceedings.

Sincerely,

Michael A French

Dawn M French

Enclosures:   Copy of Notice CP12 dated June 26, 2023
              Copy of 2022 Form 1040 with attached Forms 4852



MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

In Reply To:
June 26, 2023  Notice CP12
▓▓▓3789  Tax Year 2022

VIA CERTIFIED MAIL: 9589 0710 5270 1014 3708 41

March 14, 2025

Department of the Treasury
Internal Revenue Service
D. Hewitt, Manager, AUR Operation
Stop 6692 AUSC
Austin, Texas  73301-0025

Greetings,

This correspondence is our second reply to Notice CP12, dated June 26, 2023, a copy of which is included with this reply, as is a copy of our first reply to Notice CP12, dated July 27, 2023.

Notice CP12 shows a proposed change to our 2022 return with regards to the amount of income tax withheld. We do not agree with and refuse the proposed change to our 2022 return. Notice CP12 cites no statutory or regulatory authority for the proposed changes to our withholding. We can only conclude that the proposed changes, which we dispute and refuse, are made under color of law and are without any legal, statutory or regulatory authority.

The amount of income tax withholding shown on our 2022 tax return of $8,850.14 is correct, which can be confirmed using the records sent to the IRS by the respective third parties and the Forms 4852 submitted with our 2022 tax return.

Notice CP12, in the table under, "Your tax calculations," both of the "IRS calculations" and "Your calculations" agree that "Adjusted gross income, Form 1040 line 11" is the same amount of $23,353.00, which is the amount of "Pensions and annuities - Taxable amount" on Form 1040 line 5b. Therefore, the IRS agrees that the "Adjusted gross income, Form 1040 line 11" reflects **only** "Pensions and annuities" and no other income items from Form 1040, including statutorily-defined "wages."

*Page 1 of 4*

MICHAEL A & DAWN M FRENCH                       In Reply To:
314 WEST LENNON DRIVE                June 26, 2023  Notice CP12
EMORY TX 75440                            ▓▓▓▓3789 Tax Year 2022

**Because the IRS agrees <u>as explicitly shown on Notice CP12</u> that we received no statutorily-defined "wages" upon which a tax can have arisen for tax year 2022, then per the provisions of 26 U.S.C. § 3503 all of the amounts withheld under both Chapters 21 and 24 are to be refunded.**

In response to our first reply to Notice CP12, dated July 27, 2023, we received the first Letter 2645C, dated October 5, 2023, a copy of which is included in this reply, to which we replied after hearing nothing for over six months on May 1, 2024, and again on July 16, 2024, copies of these replies are included here as well.

We then received Letter 549C, dated July 24, 2024, stating that no action was required, a copy of this letter is also attached. We replied on August 29, 2024, a copy of which is included, stating that further action was still required to correct the amount of withholding on our account to the amount shown on our 2022 return.

We received a second Letter 2645C, dated August 23, 2024, a copy of which is included in this reply, stating the IRS needed 60 days to respond to our July 2024 response to the previous Letter 2645C. Then we received a Letter 86C, dated September 5, 2024, a copy of which is included in this reply, stating our July 2024 response to the previous Letter 2645C was being routed to a different office.

Then we received two Letters 4314C, dated October 31, 2024, and January 29, 2025, copies of which are included in this reply, which both state the IRS needs even more time to ignore our request. And finally, we received a third Letter 2645C, dated February 4, 2025, a copy of which is included in this reply, stating the IRS needs another 60 days.

We have received no resolution from the IRS on this issue and our Record of Account transcript has not been updated, a copy dated March 13, 2025, is also attached. Please update our account to reflect the correct amount of withholding of $8,850.14 as shown on our 2022 tax return. No further action is required by the IRS other than to correct its information as we have reported it under penalty of perjury and to respond immediately that this matter is closed.

*Page 2 of 4*

MICHAEL A & DAWN M FRENCH

314 WEST LENNON DRIVE

EMORY TX 75440

In Reply To:
June 26, 2023  Notice CP12
████████3789  Tax Year 2022

**If the IRS or its officers/agents fail to rebut in writing that we received no statutorily-defined "wages" upon which a tax can have arisen for tax year 2022 within 30 days of receipt of this response, then they admit to all the above statements as truth and as fully binding upon them in any court of the United States of America without protest or objection.**

Under penalty of perjury, we declare that we have examined the facts stated in this letter, including any accompanying documents, and to the best of our knowledge and belief, they are true, correct and complete. Nothing we have done or do now by making this response or otherwise is to be construed as a waiver of any of our rights. Further, we particularly demand and insist upon every due process protection relevant to this matter under the common law, Texas law and federal law.

We have not provided a telephone number as we prefer to keep a written record of our correspondences. This letter and its attachments will become part of the formal record of our correspondences and notices we have made to you, for use in all current and future legal proceedings.

*Page 3 of 4*

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

In Reply To:
June 26, 2023  Notice CP12
███████ 3789  Tax Year 2022

Thank you for your time and attention to this matter.

Sincerely,

Michael A French                        Dawn M French

cc:    Lance Greenberg, Dept. Mgr., Op 2, Dept. 4
       Mrs. Piazza, Dept. Mgr., Op 2, Dept. 3
       Ms. Wallace, Operations Manager, AM Ops 1
       Nina Bolin, Operations Manager, Operations 1

Enclosures:

- Copy Notice CP12, dated June 26, 2023
- Copy of our response to Notice CP12, dated July 27, 2023
- Copies of Letters 2645C, dated October 5, 2023, August 23, 2024, & February 4, 2025
- Copy of our response to Letter 2645C, dated May 1, 2024
- Copy of our response to Letter 2645C, dated July 16, 2024
- Copy of Letter 549C, dated July 24, 2024
- Copy of our response to Letter 549C, dated August 29, 2024
- Copy of Letter 86C, dated September 5, 2024
- Copies of Letters 4314C, dated October 31, 2024, & January 29, 2025
- Copy of our Record of Account transcript, dated March 13, 2025

*Page 4 of 4*

**Exhibit M**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin, TX 73301

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $2.50

Total Postage and Fees  $7.35

Sent To  IRS    re: notice CP12  ty 2022

Street and Apt. No., or PO Box No.  Stop 6692 AUSC

City, State, ZIP+4®  Austin TX 73301-0025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1014 3708 41

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2023** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____ , 2023, ending _____ , 20 _____    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MICHAEL A | FRENCH | 3 7 8 9 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| DAWN M | FRENCH | 6 7 1 4 |

Home address (number and street). If you have a P.O. box, see instructions.  **Apt. no.**
314 WEST LENNON DRIVE

City, town, or post office. If you have a foreign address, also complete spaces below.  **State** **ZIP code**
EMORY    TX    75440

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☑ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    ☐ Yes    ☑ No

**Standard Deduction**
Someone can claim:    ☐ You as a dependent    ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  **You:** ☐ Were born before January 2, 1959    ☐ Are blind    **Spouse:** ☐ Was born before January 2, 1959    ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
|  |  | SON | ☐ | ☑ |
|  |  | DAUGHTER | ☐ | ☑ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 0 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | 0 |

Attach Sch. B if required.

| 2a | Tax-exempt interest | 2a | | b | Taxable interest | 2b | |
|---|---|---|---|---|---|---|---|
| 3a | Qualified dividends | 3a | | b | Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b | Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b | Taxable amount | 5b | 25268.54 |
| 6a | Social security benefits | 6a | | b | Taxable amount | 6b | |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 25268.54 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 25268.54 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 27700 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 27700 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2023)

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s): **1** ☐ 8814   **2** ☐ 4972   **3** ☐ _____ | | 16 | 0 |
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 0 |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 6852 06 | |
| | b | Form(s) 1099 | 25b | 2181 67 | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 9033 73 |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2023 estimated tax payments and amount applied from 2022 return | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 9033 73 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 9033 73 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | 35a | 9033 73 |
| Direct deposit? See instructions. | b | Routing number _____   **c** Type: ☐ Checking   ☐ Savings | | | |
| | d | Account number _____ | | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | 0 |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ☐ **Yes. Complete below.**   ☑ **No**

Designee's name _____   Phone no. _____   Personal identification number (PIN) _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____   Date 3/14/25   Your occupation RETIRED   If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

Joint return? See Instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both must sign.**   Date 3/14/25   Spouse's occupation _____   If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) _____

Phone no. _____   Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | | Date | PTIN | Check if: ☐ Self-employed |
| Firm's name | | | | Phone no. | |
| Firm's address | | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2023)

| Control Number | | □ **CORRECTED (if checked)** | 12/11/2023 |
|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no.<br><br>Defense Finance and Accounting Service<br>U.S. Military Retired Pay<br>8899 E 56th Street<br>Indianapolis IN 46249-1200 | 1 Gross distribution<br>$25268.54 | OMB No. 1545-0119<br><br>**2023**<br>Form 1099-R | Distributions From<br>Pensions, Annuities<br>Retirement or<br>Profit-Sharing<br>Plans, IRAs,<br>Insurance<br>Contracts, etc. |
| | 2a Taxable amount<br>$25268.54 | |
| PAYER'S TIN   34-0727612 | RECIPIENT'S TIN   ****3789 | 2b ☐ Taxable amount not determined   ☐ Total Distribution | |
| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br><br>MICHAEL A FRENCH<br>314 W LENNON DR # 139<br>EMORY TX      75440-3061 | 4 Federal income tax withheld<br>$2181.67 | 7 Distribution code<br>7 | Copy 2<br>File this copy<br>with your<br>state, city, or<br>Local income<br>tax return<br>when required |
| | 9 Your percentage of total distribution      % | | |
| | 14 State tax withheld<br>$0.00 | 15 State/Payer's state no. | |
| | $0.00 | | |
| | 12 FATCA Filing<br>Requirement  ☐ | Retired<br>01012023-12312023 | |

**Form 1099-R**                    **(8-99)**        Department of the Treasury - Internal Revenue Service

| Control Number | | □ **CORRECTED (if checked)** | 12/11/2023 |
|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no.<br><br>Defense Finance and Accounting Service<br>U.S. Military Retired Pay<br>8899 E 56th Street<br>Indianapolis IN 46249-1200 | 1 Gross distribution<br>$25268.54 | OMB No. 1545-0119<br><br>**2023**<br>Form 1099-R | Distributions From<br>Pensions, Annuities<br>Retirement or<br>Profit-Sharing<br>Plans, IRAs,<br>Insurance<br>Contracts, etc. |
| | 2a Taxable amount<br>$25268.54 | |
| PAYER'S TIN   34-0727612 | RECIPIENT'S TIN   ****3789 | 2b ☐ Taxable amount not determined   ☐ Total Distribution | |
| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br><br>MICHAEL A FRENCH<br>314 W LENNON DR # 139<br>EMORY TX      75440-3061 | 4 Federal income tax withheld<br>$2181.67 | 7 Distribution code<br>7 | Copy B<br>Report this income<br>on your Federal tax<br>return. If this form<br>shows Federal<br>income tax withheld<br>in box 4, attach this<br>copy to your return. |
| | 9 Your percentage of total distribution      % | | |
| | 14 State tax withheld<br>$0.00 | 15 State/Payer's state no. | |
| | $0.00 | | |
| | 12 FATCA Filing<br>Requirement  ☐ | Retired<br>01012023-12312023 | This information is being<br>furnished to the Internal<br>Revenue Service |

**Form 1099-R**                    **(8-99)**        Department of the Treasury - Internal Revenue Service

| Control Number | | □ **CORRECTED (if checked)** | 12/11/2023 |
|---|---|---|---|

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code and telephone no.<br><br>Defense Finance and Accounting Service<br>U.S. Military Retired Pay<br>8899 E 56th Street<br>Indianapolis IN 46249-1200 | 1 Gross distribution<br>$25268.54 | OMB No. 1545-0119<br><br>**2023**<br>Form 1099-R | Distributions From<br>Pensions, Annuities<br>Retirement or<br>Profit-Sharing<br>Plans, IRAs,<br>Insurance<br>Contracts, etc. |
| | 2a Taxable amount<br>$25268.54 | |
| PAYER'S TIN   34-0727612 | RECIPIENT'S TIN   ****3789 | 2b ☐ Taxable amount not determined   ☐ Total Distribution | |
| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br><br>MICHAEL A FRENCH<br>314 W LENNON DR # 139<br>EMORY TX      75440-3061 | 4 Federal income tax withheld<br>$2181.67 | 7 Distribution code<br>7 | Copy C<br>For Recipient's Records<br>This information<br>is being<br>furnished to the<br>Internal Revenue<br>Service |
| | 9 Your percentage of total distribution      % | | |
| | 14 State tax withheld<br>$0.00 | 15 State/Payer's state no. | |
| | $0.00 | | |
| | 12 FATCA Filing<br>Requirement  ☐ | Retired<br>01012023-12312023 | Keep this copy for your records |

**Form 1099-R**                    **(8-99)**        Department of the Treasury - Internal Revenue Service

**Exhibit N**

Exhibit N

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-X. ▶ Go to *www.irs.gov/Form4852* for the latest information. | Attachment Sequence No. 04 |

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return<br>DAWN M FRENCH | **2** Your social security number<br>✕✕✕-✕✕-6714 |
|---|---|

**3** Address
314 WEST LENNON DRIVE EMORY TEXAS 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31,  2023 ,

I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.

I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code<br>FMR LLC<br>245 SUMMER STREET BOSTON MA 02210 | **6** Employer's or payer's TIN (if known)<br>04-3532603 |
|---|---|

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** | State income tax withheld . . . . . | 0 |
| **b** | Social security wages . . . . . | 0 | | (Name of state) . | |
| **c** | Medicare wages and tips . . . | 0 | **g** | Local income tax withheld . . . . . | 0 |
| **d** | Social security tips . . . . . | 0 | | (Name of locality) | |
| **e** | Federal income tax withheld . . | 136.99 | **h** | Social security tax withheld . . . . . | 87.67 |
| | | | **i** | Medicare tax withheld . . . . . . | 20.50 |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution . . . . . . | | **f** | Federal income tax withheld . . . . | |
| **b** | Taxable amount . . . . . . | | **g** | State income tax withheld . . . . . | |
| **c** | Taxable amount not determined . | ☐ | | (Name of state) . | |
| **d** | Total distribution . . . . . | ☐ | **h** | Local income tax withheld . . . . . | |
| **e** | Capital gain (included in line 8b) . | | | (Name of locality) | |
| | | | **i** | Employee contributions . . . . . . | |
| | | | **j** | Distribution codes . . . . . . . | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 42058U | Form **4852** (Rev. 9-2020) |
|---|---|---|

| Form **4852** (Rev. September 2020) Department of the Treasury Internal Revenue Service | **Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** ► Attach to Form 1040, 1040-SR, or 1040-X. ► Go to *www.irs.gov/Form4852* for the latest information. | OMB No. 1545-0074 Attachment Sequence No. 04 |
|---|---|---|

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return DAWN M FRENCH | **2 Your social security number** ⊠6714 |
|---|---|

**3** Address
314 WEST LENNON DRIVE EMORY TEXAS 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31,   2023   ,
I have been unable to obtain (or have received an incorrect) ☐ Form W-2 **OR**  ☑ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code FIDELITY INVESTMENTS PO BOX 28019 ALBUQUERQUE NM 87125-8019 | **6** Employer's or payer's TIN (if known) 04-3523567 |
|---|---|

**7**   **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | _____ | **f** | State income tax withheld  .  .  .  .  . | _____ |
| **b** | Social security wages  .  .  .  .  . | _____ | | (Name of state) . | |
| **c** | Medicare wages and tips  .  .  . | _____ | **g** | Local income tax withheld  .  .  .  . | _____ |
| **d** | Social security tips  .  .  .  .  . | _____ | | (Name of locality) | |
| **e** | Federal income tax withheld  .  . | _____ | **h** | Social security tax withheld .  .  .  .  . | _____ |
| | | | **i** | Medicare tax withheld  .  .  .  .  .  . | _____ |

**8**   **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| **a** | Gross distribution  .  .  .  .  .  . | _____ 0 | **f** | Federal income tax withheld  .  .  .  . | _____ 0 |
| **b** | Taxable amount  .  .  .  .  .  . | _____ 0 | **g** | State income tax withheld  .  .  .  .  . | _____ 0 |
| **c** | Taxable amount not determined  . | ☐ | | (Name of state) . | |
| **d** | Total distribution  .  .  .  .  .  . | ☐ | **h** | Local income tax withheld  .  .  .  .  . | _____ 0 |
| **e** | Capital gain (included in line 8b)  . | _____ 0 | | (Name of locality) | |
| | | | **i** | Employee contributions  .  .  .  .  . | _____ |
| | | | **j** | Distribution codes .  .  .  .  .  .  . | _____ |

**9**   How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5 ERRONEOUSLY REPORTED DISTRIBUTION OF MY PRIVATE PROPERTY AS "GAINS, PROFIT, OR INCOME" MADE IN THE COURSE OF A "TRADE OR BUSINESS"

**10**   Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852*.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 42058U | Form **4852** (Rev. 9-2020) |
|---|---|---|

**Exhibit N**

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) | ▶ **Attach to Form 1040, 1040-SR, or 1040-X.** | |
| Department of the Treasury Internal Revenue Service | ▶ **Go to www.irs.gov/Form4852 for the latest information.** | Attachment Sequence No. 04 |

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return  DAWN M FRENCH | **2** Your social security number  ██████ 6714 |
|---|---|

**3** Address
314 WEST LENNON DRIVE EMORY TEXAS 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, ___2023___ ,

I have been unable to obtain (or have received an incorrect)  ☐ Form W-2 **OR**  ☑ Form 1099-R.

I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code  FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO.  100 MAGELLAN WAY KW1C COVINGTON, KY 41015-1987 | **6** Employer's or payer's TIN (if known)  04-6568107 |
|---|---|

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | |
|---|---|---|
| **a** Wages, tips, and other compensation | **f** State income tax withheld . . . . . | _____ |
| **b** Social security wages . . . . | (Name of state) . | |
| **c** Medicare wages and tips . . . | **g** Local income tax withheld . . . . . | _____ |
| **d** Social security tips . . . . . | (Name of locality) | |
| **e** Federal income tax withheld . . | **h** Social security tax withheld . . . . . | _____ |
| | **i** Medicare tax withheld . . . . . . | _____ |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | |
|---|---|---|
| **a** Gross distribution . . . . . . | 0 | **f** Federal income tax withheld . . . . | 0 |
| **b** Taxable amount . . . . . . | 0 | **g** State income tax withheld . . . . . | 0 |
| **c** Taxable amount not determined . | ☐ | (Name of state) . | |
| **d** Total distribution . . . . . . | ☐ | **h** Local income tax withheld . . . . . | 0 |
| **e** Capital gain (included on line 8b) . | 0 | (Name of locality) | |
| | | **i** Employee contributions . . . . . | _____ |
| | | **j** Distribution codes . . . . . . | _____ |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5 ERRONEOUSLY REPORTED DISTRIBUTION OF MY PRIVATE PROPERTY AS "GAINS, PROFIT, OR INCOME" MADE IN THE COURSE OF A "TRADE OR BUSINESS"

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to www.irs.gov/Form4852.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

---

For Paperwork Reduction Act Notice, see page 2.  Cat. No. 42058U  Form **4852** (Rev. 9-2020)

**Exhibit N**

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-X. ▶ Go to *www.irs.gov/Form4852* for the latest information. | Attachment Sequence No. 04 |

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2** Your social security number |
|---|---|
| | |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, ___2023___ ,
I have been unable to obtain (or have received an incorrect) ☑ Form W-2 **OR** ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code | **6** Employer's or payer's TIN (if known) |
|---|---|
| UNITED STATES POSTAL SERVICE EAGAN ACCOUNTING SERVICE CENTER 2825 LONE OAK PARKWAY EAGAN MN 55121-9617 | 41-0760000 |

**7** **Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | |
|---|---|---|---|---|
| **a** Wages, tips, and other compensation | 0 | **f** State income tax withheld | | 0 |
| **b** Social security wages | 0 | (Name of state) . | | |
| **c** Medicare wages and tips | 0 | **g** Local income tax withheld | | 0 |
| **d** Social security tips | 0 | (Name of locality) | | |
| **e** Federal income tax withheld | 37.25 | **h** Social security tax withheld . | | 10.49 |
| | | **i** Medicare tax withheld | | 2.45 |

**8** **Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | |
|---|---|---|---|
| **a** Gross distribution | | **f** Federal income tax withheld | |
| **b** Taxable amount | | **g** State income tax withheld | |
| **c** Taxable amount not determined | ☐ | (Name of state) . | |
| **d** Total distribution | ☐ | **h** Local income tax withheld | |
| **e** Capital gain (included on line 8b) | | (Name of locality) | |
| | | **i** Employee contributions | |
| | | **j** Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852.*

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

**For Paperwork Reduction Act Notice, see page 2.**    Cat. No. 42058U    Form **4852** (Rev. 9-2020)

**Exhibit N**

| Form **4852** | **Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. September 2020) | ▶ Attach to Form 1040, 1040-SR, or 1040-X. | |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form4852* for the latest information. | Attachment Sequence No. 04 |

**You must take the following steps before filing Form 4852**

• Attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852.

• If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you to file with your return.

| **1** Name(s) shown on return | **2 Your social security number** |
|---|---|
| | |

**3** Address
314 WEST LENNON DRIVE EMORY TX 75440

**4** Enter year in space provided and check one box. For the tax year ending December 31, ___2023___ ,
I have been unable to obtain (or have received an incorrect)  ☑ Form W-2 **OR**  ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| **5** Employer's or payer's name, address, and ZIP code | **6** Employer's or payer's TIN (if known) |
|---|---|
| AMAZON COM SERVICES LLC PO BOX 80726 SEATTLE WA 98108 | 82-0544687 |

**7  Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | | | |
|---|---|---|---|---|
| **a** | Wages, tips, and other compensation | 0 | **f** State income tax withheld | 0 |
| **b** | Social security wages | 0 | (Name of state) . | |
| **c** | Medicare wages and tips | 0 | **g** Local income tax withheld | 0 |
| **d** | Social security tips | 0 | (Name of locality) | |
| **e** | Federal income tax withheld | 3314.33 | **h** Social security tax withheld | 2627.81 |
| | | | **i** Medicare tax withheld | 614.57 |

**8  Form 1099-R.** Enter distributions from pensions, annuities, retirement or profit-sharing plans, IRAs, insurance contracts, etc.

| | | | |
|---|---|---|---|
| **a** | Gross distribution | **f** Federal income tax withheld | |
| **b** | Taxable amount | **g** State income tax withheld | |
| **c** | Taxable amount not determined  ☐ | (Name of state) . | |
| **d** | Total distribution  ☐ | **h** Local income tax withheld | |
| **e** | Capital gain (included on line 8b) | (Name of locality) | |
| | | **i** Employee contributions | |
| | | **j** Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
RECORDS PROVIDED BY PAYER NOTED ON LINE 5

**10** Explain your efforts to obtain Form W-2, Form 1099-R (original or corrected), or Form W-2c, Corrected Wage and Tax Statement.
NONE

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** For the latest information about developments related to Form 4852, such as legislation enacted after it was published, go to *www.irs.gov/Form4852*.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R (original or corrected) and is completed by you or your representatives when **(a)** your employer or payer doesn't issue you a Form W-2 or Form 1099-R, or **(b)** an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or Form 1099-R (original or corrected) from your employer or payer before contacting the IRS or filing Form 4852. If you don't receive the missing or corrected form from your employer or payer by the end of February, you may call the IRS at 800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment. You must also provide your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS will also send you a Form 4852. If you don't receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 42058U | Form **4852** (Rev. 9-2020) |
|---|---|---|

# Statement to Correct Erroneously Reported
# 1099-INT Information Return

This document is presented to dispute and correct an erroneous Form 1099-INT known to have been submitted by the party identified below as 'PAYER,' which erroneously alleges a payment to the party identified as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

The payments and/or credits made to me did not result from any federally taxable activity whatsoever and do not constitute any taxable income under relevant income tax law. The 1099-INT should not have been issued as NO such taxable transaction occurred.

Under penalty of perjury, I declare I have examined this document and its statements and to the best of my knowledge and belief it is true, correct, and complete.

_Michael A French_    3/18/24

Michael A French                                      DATE

| | |
|---|---|
| Statement Showing Interest Income from the Internal Revenue Service | Calendar Year 2023 |
| (Please keep this copy for your records) | |
| Recipient's Identification Number XXX-XX-3789 | Total Interest Paid or Credited $0.00 |
| PAYER'S Federal Identification Number 38-1798424 **(INTERNAL REVENUE USE ONLY)** | |

Form 1099-INT (Rev. 10-2013)

X CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| USAA FEDERAL SAVINGS BANK 10750 MCDERMOTT FREEWAY SAN ANTONIO, TX 78288-0544 800-531-8722 | 1 Interest income $ 0.00 | Form **1099-INT** (Rev. January 2022) | **Interest Income** |
| | 2 Early withdrawal penalty | For calendar year 2023 | |

| PAYER'S TIN 74-6393739 | RECIPIENT'S TIN ***-**-6714 | 3 Interest on U.S. Savings Bonds and Treasury obligations | | Copy B For Recipient |
|---|---|---|---|---|
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code DAWN MICHELLE FRENCH 314 W LENNON DR # 139 EMORY, TX 75440-3061 | | 4 Federal income tax withheld | 5 Investment expenses | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or |
| | | 6 Foreign tax paid | 7 Foreign country or U.S. possession ** | other sanction may be imposed on you if this income is taxable and |
| | | 8 Tax-exempt interest ** | 9 Specified private activity bond interest | the IRS determines that it has not been reported. |
| | | 10 Market discount ** | 11 Bond premium ** | |
| | | 12 Bond premium on Treasury obligations ** | 13 Bond premium on tax-exempt bond ** | |
| Account number (see instructions) 30210011393416 | FATCA filing requirement | 14 Tax-exempt and tax credit bond CUSIP no. ** | 15 State 16 State identification no. ** | 17 State tax withheld ** |

Form 1099-INT  (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099INT    Department of the Treasury - Internal Revenue Service

This corrected Form 1099-INT is submitted to rebut a document known to have been submitted by the party identified above as 'PAYER,' which erroneously alleges a payment to the party identified above as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

The payments made to me did not result from any federally taxable activity whatsoever and do not constitute any taxable income under relevant income tax law. The 1099-INT should not have been issued as NO such taxable transaction occurred.

Under penalty of perjury, I declare I have examined this statement and the above corrected 1099-INT and to the best of my knowledge and belief it is true, correct, and complete.

_____
Dawn M French

3/15/24
DATE

X CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|---|
| DoorDash, Inc.<br>303 2nd Street Suite 800<br>San Francisco, CA 94107<br>+18559731040 | | | Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>20 23 | |

| PAYER'S TIN<br>46-2852392 | RECIPIENT'S TIN | 1 Nonemployee compensation<br>$0.00 | Copy B |
|---|---|---|---|
| RECIPIENT'S name | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | **For Recipient**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable |
| Street address (including apt. no.)<br>314 W Lennon Dr #139 | | 3 | |
| | | 4 Federal income tax withheld<br>$ 0.00 | and the IRS determines that it has not been reported. |
| City or town, state or province, country, and ZIP or foreign postal code<br>Emory, TX 75440 | | 5 State tax withheld<br>$ 0.00 | 6 State/Payer's state no. | 7 State income<br>$ 0.00 |
| Account number (see instructions)<br>acct_1GN4WeKt883BI9zX | | $ | | $ |

Form **1099-NEC** (Rev. 1-2022)     (keep for your records)     www.irs.gov/Form1099NEC     Department of the Treasury   Internal Revenue Service

This corrected Form 1099-NEC is submitted to rebut a document known to have been submitted by the party identified above as 'PAYER,' which erroneously alleges a payment to the party identified above as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

Under penalty of perjury, I declare I have examined this statement and the above corrected 1099-NEC and to the best of my knowledge and belief it is true, correct, and complete.

*Charles French*                           03/12/2024

CHARLES A FRENCH                           DATE

**Exhibit N**

X CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | |
| --- | --- | --- | --- |
| FENIX INTERNET LLC<br>83-3988927<br>2598 EAST SUNRISE BOULEVARD SUITE 2104<br>FORT LAUDERDALE, FL 33304<br>(888) 688-0458 | | Form 1099-NEC<br>(Rev. January 2022)<br>For calendar year<br>20 _23_ | Nonemployee Compensation |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | Copy B |
| --- | --- | --- | --- |
| 83-3988927 | ▓▓▓▓▓ | $0.00 | **For Recipient** |
| RECIPIENT'S name<br>▓▓▓▓▓<br>1340 VZ COUNTY ROAD 1803<br>GRAND SALINE, TX 75140-3492 | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ___ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 ▓▓▓▓▓▓▓▓▓▓▓ | |
| | | 4 Federal income tax withheld<br>$ | |
| | | 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
| Account number (see instructions)<br>363309197 | | $ | | $ |

Form **1099-NEC** (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

This corrected Form 1099-NEC is submitted to rebut a document known to have been submitted by the party identified above as 'PAYER,' which erroneously alleges a payment to the party identified above as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

Under penalty of perjury, I declare I have examined this statement and the above corrected 1099-NEC and to the best of my knowledge and belief it is true, correct, and complete.

_Charles French_                    03/12/2024

CHARLES A FRENCH                    DATE

X CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>FENIX INTERNET LLC<br>83-3988927<br>2598 EAST SUNRISE BOULEVARD SUITE 2104<br>FORT LAUDERDALE, FL 33304<br>(888) 688-0458 | | OMB No. 1545-0116<br><br>Form **1099-NEC**<br><br>(Rev. January 2022)<br><br>For calendar year<br>20_23_ | Nonemployee<br>Compensation |
|---|---|---|---|
| PAYER'S TIN<br>83-3988927 | RECIPIENT'S TIN | 1 Nonemployee compensation<br>$0.00 | **Copy B** |
| RECIPIENT'S name<br><br>1340 VZ COUNTY ROAD 1803<br>GRAND SALINE, TX 75140-3492 | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | **For Recipient**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 | |
| | | 4 Federal income tax withheld<br>$ | |
| Account number (see instructions)<br>175834442 | | 5 State tax withheld<br>$ | 6 State/Payer's state no. | 7 State income<br>$ |

Form **1099-NEC** (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

This corrected Form 1099-NEC is submitted to rebut a document known to have been submitted by the party identified above as 'PAYER,' which erroneously alleges a payment to the party identified above as the 'RECIPIENT' of "gains, profit, or income" made in the course of a "trade or business."

Under penalty of perjury, I declare I have examined this statement and the above corrected 1099-NEC and to the best of my knowledge and belief it is true, correct, and complete.

CHARLES A FRENCH                    03/12/2024
                                    DATE

**Exhibit N**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Department of the Treasury
Street and Apt. No., or PO Box No.  Internal Revenue Service
City, State, ZIP+4  Austin TX 73301-0002

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 1299 0000 4975 3029






Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0025



| | |
|---|---|
| **Notice name** CP16 | **Tax year** 2023 |
| **Notice date** July 1, 2024 | |
| **Your TIN** XXX-XX-3789 | |
| **Your caller ID** 853866 | |
| **Last date to respond** August 30, 2024 | |
| Visit IRS.gov/CP16 to learn more about this notice. | |

001436.452949.178515.4611 1 AB 0.547 637



18H
283D

MICHAEL A & DAWN M FRENCH
314 WEST LENNOR DRIVE BOX 139
EMORY TX 75440-3061

001436

**Page 1 of 3**

We found an error on your 2023 Form 1040, which affects the following area of your return:

- **Tax Payments**

We changed your return to correct this error. As a result, your overpayment is $2,317.00. We applied $2,317.00 from your 2023 (Form 1040) overpayment to the amount you owe for 2019 (Form CVL PEN).

## Refund: $0.00

### Billing summary

| | |
|---|---|
| Payments you made | -$2,317.00 |
| Amount applied to 2019 | $2,317.00 |
| **Refund** | **$0.00** |

*Your refund will be more if we owe you interest

### Why we changed your information

- We changed the amount claimed as federal income tax withheld on your tax return to reflect the amounts shown on Form(s) W-2, 1099, or other supporting documents.

### How to resolve this issue

Review this notice and compare our changes to the information on your tax return.

**If you agree with the changes we made:**

- You don't need to respond to this notice.
- **Adjust your 2024 estimated tax payments** to avoid any possible underpayment.
- Since the amount of your refund has changed, we're unable to carry out the instructions from your Allocation of Refund (Including Bond Purchases) (Form 8888).

**If you don't agree with the changes we made:**

- Call 800-829-0922 using "Your caller ID" provided on the top of page one to review your account with a representative. Be sure to have your account information available when you call. You can also contact us by mail at the address at the top of the first page of this notice. Be sure to include your taxpayer identification number, tax year, and form number you are writing about.

Continued on back...



## Your tax calculations

| Description | Your calculations | IRS calculations |
|---|---|---|
| Adjusted gross income, Form 1040 line 11 | $25,268.00 | $25,268.00 |
| Taxable income, Form 1040 line 15 | $0.00 | $0.00 |
| **Total tax, Form 1040 line 24** | **$0.00** | **$0.00** |

## Your payments and credits

| Description | IRS calculations |
|---|---|
| Income tax withheld, Form 1040 line 25d | $2,317.00 |
| Estimated tax payments, Form 1040 line 26 | $0.00 |
| Other credits, Form 1040 line 32 | $0.00 |
| Other payments received | $0.00 |
| **Total payments and credits** | **$2,317.00** |

## Protection from spouse's debt

When you file a joint tax return, the law may protect you from having to pay for liabilities for which your spouse (or former spouse) is responsible.

**Innocent spouse relief**
- If your spouse is responsible for an error or an underpayment of tax on your joint tax return, you may be eligible for innocent spouse relief. This could change the amount you owe, or you may be entitled to a refund.
- For more information, or to submit a claim, go to irs.gov/pub971 and download Innocent Spouse Relief (Publication 971), or call 800-829-3676 to request a copy. Note: You must submit a claim no later than two years from the date of our first attempt to collect the outstanding debt. This notice is an example of an attempt to collect, although it might not be our first attempt to collect.

**Injured spouse relief**
- You may be eligible for injured spouse relief if some or all of your overpayment has been (or will be) applied to pay your spouse's past-due income taxes and other debt (child support, spousal support, student loans). You may be entitled to a refund for your share of an overpayment that's been applied to your spouse's debt.
- For more information, or to submit a claim, go to irs.gov/form8379 and download Injured Spouse Allocation (Form 8379) or call 800-829-3676 to request a copy.

## IRS help
- For online assistance, visit irs.gov/help.
- If you can't find what you need online, call the IRS at 800-829-0922.
- Activity on your 2023 account may be delaying the release of your refund. You will receive a notice explaining this delay.

**Taxpayer rights and sources of assistance**
The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see the enclosed Publication 1, Your Rights as a Taxpayer, or visit irs.gov/taxpayer-bill-of-rights.

**Taxpayer Advocate Service** (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit taxpayeradvocate.irs.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help you.

Scan here to view the
Taxpayer Advocate Website



**Notice:** CP16    **Tax year:** 2023    **Notice date:** July 1, 2024    **TIN:** XXX-XX-3789    **Page 3 of 3**

Taxpayer rights and sources of assistance – **continued**

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to taxpayeradvocate.irs.gov/litcmap;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at irs.gov/forms; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.



001436

MICHAEL A & DAWN M FRENCH

314 WEST LENNON DRIVE

EMORY TX 75440

In Reply to:

July 1, 2024  Notice CP16

██████3789  Tax Year 2023

VIA CERTIFIED MAIL: 7020 1290 0000 4975 9977

July 16, 2024

Department of the Treasury

Internal Revenue Service

Austin, Texas  73301-0025

Greetings:

This correspondence is in reply to Notice CP16, dated July 1, 2024, for tax year 2023, a copy of which is attached.

We disagree with the change you proposed in the amount of Income tax withheld, Form 1040 line 25d as shown on page 2 of 3 under the heading "Your payments and credits" on Notice CP16, dated July 1, 2024.

Because the "IRS calculations" as shown on page 2 of 3 under the heading "Your tax calculations" matches our calculations for Adjusted gross income, Form 1040 line 11 of $25,268 and Taxable income, Form 1040 line 15 of $0; you therefore acknowledge we received no statutorily-defined "wages" upon which a tax can have arisen for tax year 2023.

Because you acknowledge we received no "wages" for tax year 2023, it is beyond dispute that everything withheld from us under the provisions of Chapter 24 of 26 U.S.C. (and denominated as "federal income tax withheld" on our Forms 4852) constitutes an overpayment, and by the same token everything withheld under the provisions of Chapter 21 of 26 U.S.C. (denominated as "social security tax withheld" and "Medicare tax withheld" on our Forms 4852) also constitute overpayments, or amounts that should have not been withheld, because what are or are not "wages" for purposes of Chapter 24 also are or are not "wages" upon which withholding under Chapter 21 can arise. See *Rowan Cos., Inc. v. United States*, 452 U.S. 247 (1981).

If no Chapter 24 "wages" were received, as you acknowledge to be the case, then no Chapter 21 "wages" can have been received. Under these circumstances and the provisions of 26 U.S.C. § 3503, you are required to

**Exhibit B**

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

In Reply to:
July 1, 2024 Notice CP16
▓▓▓▓▓3789 Tax Year 2023

return all amounts withheld under Chapter 21 as well as the amounts withheld under Chapter 24.

We trust that in light of these facts and illuminations, you will promptly abandon your ill-conceived and at least borderline criminal effort to extract from us taxes we DO NOT OWE.

Nothing we have done or do now by making this response or otherwise is to be construed as a waiver of any of our rights. Further, we particularly demand and insist upon every due process protection relevant to this matter under the common law, Texas law and federal law.

We have not provided a telephone number as we prefer to keep a written record of our correspondences. This letter and its attachments will become part of the formal record of our correspondences and notices we have made to you, for use in all future legal proceedings.

Regards,

Michael A French                     Dawn M French

Enclosures:

• Copy of Notice CP16 dated July 1, 2024

**Exhibit B**

Notice: CP16    Tax year: 2023    Notice date: July 1, 2024    TIN: XXX-XX-3789    Page 2 of 3

## Your tax calculations

*we Agree*

| Description | Your calculations | IRS calculations |
|---|---|---|
| Adjusted gross income, Form 1040 line 11 | $25,268.00 | $25,268.00 |
| Taxable income, Form 1040 line 15 | $0.00 | $0.00 |
| Total tax, Form 1040 line 24 | $0.00 | $0.00 |

*Persons + communities only*

*0 wages*

## Your payments and credits

*DISAGREE*

| Description | | IRS calculations |
|---|---|---|
| Income tax withheld, Form 1040 line 25d | | $2,317.00 |
| Estimated tax payments, Form 1040 line 26 | | $0.00 |
| Other credits, Form 1040 line 32 | | $0.00 |
| Other payments received | | $0.00 |
| Total payments and credits | | $2,317.00 |

## Protection from spouse's debt

When you file a joint tax return, the law may protect you from having to pay for liabilities for which your spouse (or former spouse) is responsible.

### Innocent spouse relief

- If your spouse is responsible for an error or an underpayment of tax on your joint tax return, you may be eligible for innocent spouse relief. This could change the amount you owe, or you may be entitled to a refund.
- For more information, or to submit a claim, go to irs.gov/pub971 and download Innocent Spouse Relief (Publication 971), or call 800-829-3676 to request a copy. Note: You must submit a claim no later than two years from the date of our first attempt to collect the outstanding debt. This notice is an example of an attempt to collect, although it might not be our first attempt to collect.

### Injured spouse relief

- You may be eligible for injured spouse relief if some or all of your overpayment has been (or will be) applied to pay your spouse's past-due income taxes and other debt (child support, spousal support, student loans). You may be entitled to a refund for your share of an overpayment that's been applied to your spouse's debt.
- For more information, or to submit a claim, go to irs.gov/form8379 and download Injured Spouse Allocation (Form 8379) or call 800-829-3676 to request a copy.

## IRS help

- For online assistance, visit irs.gov/help.
- If you can't find what you need online, call the IRS at 800-829-0922.
- Activity on your 2023 account may be delaying the release of your refund. You will receive a notice explaining this delay.

### Taxpayer rights and sources of assistance

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see the enclosed Publication 1, Your Rights as a Taxpayer, or visit irs.gov/taxpayer-bill-of-rights.

### Taxpayer Advocate Service

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit taxpayeradvocate.irs.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help you.

Scan here to view the
Taxpayer Advocate Website



**Exhibit Q**

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

In Reply To:
July 1, 2024  Notice CP16
███████3789  Tax Year 2023

VIA CERTIFIED MAIL:  9589 0710 5270 1014 3708 27

March 14, 2025

Department of the Treasury
Internal Revenue Service
Austin, Texas 73301-0025

Greetings,

This correspondence includes our corrected return for tax year 2023 and our second reply to Notice CP16, dated July 1, 2024, a copy of which is included with this reply, as is a copy of our first reply to Notice CP16, dated July 16, 2024.

Notice CP16 shows a proposed change to our 2023 return with regards to the amount of income tax withheld. We do not agree with and refuse the proposed change to our 2023 return. Notice CP16 cites no statutory or regulatory authority for the proposed changes to our withholding. We can only conclude that the proposed changes, which we dispute and refuse, are made under color of law and are without any legal, statutory or regulatory authority.

The amount of income tax withholding shown on both our original and corrected 2023 tax return of $9,033.73 is correct, which can be confirmed using the records sent to the IRS by the respective third parties and the Forms 4852 submitted with our original and corrected 2023 tax return.

Notice CP16, in the table under, "Your tax calculations," both of the "IRS calculations" and "Your calculations" agree that "Adjusted gross income, Form 1040 line 11" is the same amount of $25,268.00, which is the amount of "Pensions and annuities - Taxable amount" on Form 1040 line 5b. Therefore, the IRS agrees that the "Adjusted gross income, Form 1040 line 11" reflects **only** "Pensions and annuities" and no other income items from Form 1040, including statutorily-defined "wages."

**Because the IRS agrees as explicitly shown on Notice CP16 that we received no statutorily-defined "wages" upon which a tax can have**

*Page 1 of 3*

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

In Reply To:
July 1, 2024  Notice CP16
█████ 3789  Tax Year 2023

arisen for tax year 2023, then per the provisions of 26 U.S.C. § 3503 all of the amounts withheld under both Chapters 21 and 24 are to be refunded.

We received a Letter 76C from Mr. Lance Greenberg, dated September 16, 2024, a copy of which is included in this reply, in response to our first reply to Notice CP16, dated July 16, 2024, stating that our claim was approved and we replied to Mr. Greenberg on December 19, 2024, a copy of which is included as well.

We have received no subsequent follow-up from the IRS on this issue and our Record of Account transcript has not been updated, a copy dated March 13, 2025, is also attached. Please update our account to reflect the correct amount of withholding of $9,033.73 as shown on our original and corrected 2023 tax return. No further action is required by the IRS other than to correct its information as we have reported it under penalty of perjury and to respond immediately that this matter is closed.

**If the IRS or its officers/agents fail to rebut in writing that we received no statutorily-defined "wages" upon which a tax can have arisen for tax year 2023 within 30 days of receipt of this response, then they admit to all the above statements as truth and as fully binding upon them in any court of the United States of America without protest or objection.**

Under penalty of perjury, we declare that we have examined the facts stated in this letter, including any accompanying documents, and to the best of our knowledge and belief, they are true, correct and complete. Nothing we have done or do now by making this response or otherwise is to be construed as a waiver of any of our rights. Further, we particularly demand and insist upon every due process protection relevant to this matter under the common law, Texas law and federal law.

We have not provided a telephone number as we prefer to keep a written record of our correspondences. This letter and its attachments will become part of the formal record of our correspondences and notices we have made to you, for use in all current and future legal proceedings.

*Page 2 of 3*

MICHAEL A & DAWN M FRENCH
314 WEST LENNON DRIVE
EMORY TX 75440

In Reply To:
July 1, 2024 Notice CP16
3789 Tax Year 2023

Thank you for your time and attention to this matter.

Sincerely,

*[signature]*

Michael A French

*[signature]*

Dawn M French

cc:    Lance Greenberg, Dept. Mgr., Op 2, Dept. 4
       Mrs. Piazza, Dept. Mgr., Op 2, Dept. 3

Enclosures:

• Corrected return for tax year 2023
• Copy Notice CP16, dated July 1, 2024
• Copy of our response to Notice CP16, dated July 16, 2024
• Copy of Letter 76C, dated September 16, 2024
• Copy of our response to Letter 76C, dated December 19, 2024
• Copy of our Record of Account transcript, dated March 13, 2025

*Page 3 of 3*



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin, TX 73301

Certified Mail Fee    $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage    $2.5

Total Postage and Fees    $7.44

Sent To  IRS    2023 return
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  Austin TX 73701-0002

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Michael Austin French, pro se
Dawn Michelle French, pro se

**(b)** County of Residence of First Listed Plaintiff   Van Zandt
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

n/a

## DEFENDANTS

Department of the Treasury
Internal Revenue Service

County of Residence of First Listed Defendant   Washington D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [x] 2   U.S. Government Defendant
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal | [ ] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument | Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL** | [ ] 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Product Liability | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted | Liability | [ ] 368 Asbestos Personal | | [ ] 830 Patent | [ ] 460 Deportation |
| Student Loans | [ ] 340 Marine | Injury Product | | [ ] 835 Patent - Abbreviated | [ ] 470 Racketeer Influenced and |
| (Excludes Veterans) | [ ] 345 Marine Product | Liability | | New Drug Application | Corrupt Organizations |
| [ ] 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | [ ] 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | [ ] 371 Truth in Lending | Act | Act of 2016 | [ ] 485 Telephone Consumer |
| [ ] 190 Other Contract | Product Liability | [ ] 380 Other Personal | [ ] 720 Labor/Management | | Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | Property Damage | Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | Injury | [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ |
| | [ ] 362 Personal Injury - | Product Liability | [ ] 751 Family and Medical | [ ] 862 Black Lung (923) | Exchange |
| | Medical Malpractice | | Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | Income Security Act | | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate | | **FEDERAL TAX SUITS** | Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ | Sentence | | [x] 870 Taxes (U.S. Plaintiff | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | Accommodations | [ ] 530 General | | or Defendant) | [ ] 899 Administrative Procedure |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party | Act/Review or Appeal of |
| | Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | 26 USC 7609 | Agency Decision |
| | [ ] 446 Amer. w/Disabilities - | [ ] 550 Civil Rights | [ ] 465 Other Immigration | | [ ] 950 Constitutionality of |
| | Other | [ ] 555 Prison Condition | Actions | | State Statutes |
| | [ ] 448 Education | [ ] 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from Another District *(specify)*
- [ ] 6   Multidistrict Litigation - Transfer
- [ ] 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. §7422

Brief description of cause:
Complaint for refund of amounts withheld

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   $39,391

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____