**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MICHAEL AUSTIN FRENCH, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-189-JDK-KNM |
| | § | |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiffs Michael Austin French and Dawn Michelle French, proceeding pro se, bring this tax refund lawsuit under 28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 7422(a). The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

On June 17, 2026, Judge Mitchell issued a Report and Recommendation recommending that the Court grant Defendant United States' Motion for Summary Judgment and dismiss this case with prejudice. Docket No. 20. Plaintiffs objected. Docket No. 24.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

For those portions of the Report to which no objections are filed, the Court reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiffs' objections are without merit. Accordingly, the Court **OVERRULES** Plaintiffs' objections (Docket No. 24) and **ADOPTS** the Report of the Magistrate Judge (Docket No. 20) as the opinion of the District Court. Defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED**, and Plaintiffs' claims are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **5th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE